RCC

**FILED**
**FEBRUARY 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 852**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number:

Mami F. DuHadway,
  Individually and on behalf of a class,        Plaintiff,
   v.
Credigy Receivables, Inc.,
Credigy Services Corp.,                              Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print) | |
| James O. Latturner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ James O. Latturner | |
| FIRM | |
| Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS | |
| 120 South LaSalle Street, 18th Floor | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 1588095 | (312) 739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |