# EXHIBIT B

August 22, 2007                                                                 Mami Furukata DuHadway

Credigy Services Corp.
POBox 2689, Suwanee, GA 30024                                **Redacted**

**Mailed Certified with Return Receipt Requested**

Re: MBNA
Original Account Number:
Balance as of today, your claimed date of 08/13/2007: $15,238.39

Ladies/ Gentlemen:

    Please be advised that I dispute the claimed debt described above.

    Please provide any contract or agreement I signed and an account history showing how you arrived at the conclusion that I owe the amounts claimed and when this alleged debt was charged off.

    Furthermore, you are hereby requested, as required by the Uniform Commercial Code, to provide copies of assignments and other documents showing that you or your principal is in fact the assignee of the debt described above and that you are legally authorized to attempt to collect the claimed debt from me.

    Unless and until such proof is furnished, I do not recognize any right on your part to attempt to collect any amount from me through any means whatever, including credit reporting. I refuse to pay any debt which has not been substantiated in the manner I request and direct you to cease further communications unless and until you can provide such substantiation.

Thank you.

Sincerely,


Mami Furukata DuHadway

Enclosure: A copy of your letter dated 08/13/2007

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

SUWANEE GA 30024

| | |
|---|---|
| Postage | $4.60 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $9.40 |

Postmark Here — SKOKIE IL 60076 — AUG 23 2007 — 08/23/2007

7007 0220 0002 6799 9707

Sent To: Credigy Services Corp.
Street, Apt. No.; or PO Box No. PO BOX 2689
City, State, ZIP+4 Suwanee, GA 30024

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Credigy Services Corp.
   PO Box 2689
   Suwanee, GA 30024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Guy Logan    ☑ Agent   ☐ Addressee

B. Received by (Printed Name): Guy Logan
C. Date of Delivery: 8/28/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7007 0220 0002 6799 9707

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540