# EXHIBIT C



P.O. BOX 2689 SUWANEE, GA 30024
Phone: 866.204.3457 Fax: 678.728.7170

September 6, 2007

VIA U.S. MAIL

MAMI FURUKATA DUHADWAY

Redacted

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Re:   Credigy Receivables Inc. Account No. ▉▉▉▉▉
      Formerly known as First Select Account No. ▉▉▉▉▉▉▉▉
      Original Creditor as MBNA Account No. ▉▉▉▉▉▉▉

Dear MAMI FURUKATA DUHADWAY:

  I am writing on behalf of Credigy Service Corp. ("Credigy") in response to your prior correspondence. Please note that an account validation letter was previously sent to you. Accordingly, we are enclosing an Account Verification Statement to assist you in tracking the history of the account listed above and the corresponding account balance as of September 6, 2007. This account was formerly owned by MBNA before being duly assigned to First Select, and is now owned by Credigy Receivables Inc.

  We appreciate the opportunity to provide assistance to you. For further inquiries, please feel free to call one of our representatives at (866) 204-3457.

Sincerely,

Charlie Perkins
Dispute Resolution Department

The above amount represents goods and/or services purchased via a credit account extended to the account holder by the original creditor listed above that has been duly assigned to CREDIGY RECEIVABLES INC.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

# ACCOUNT VERIFICATION STATEMENT

Our records indicate that you may have previously had a question regarding your account. This account verification statement is being provided to you in response to your previous inquiry or dispute.

Account Holder:   MAMI FURUKATA DUHADWAY,   SS#: [Redacted]

Redacted

Re:   Credigy Receivables Inc. Account #: [Redacted]
      Former First Select Account #: [Redacted]

## ACCOUNT HISTORY

Original Creditor:              MBNA
Original Account Number:        [Redacted]
Date Account Established:       October 21, 1994
Original Creditor's Address:    P.O. Box 15026
                                Wilmington, DE 19850-5026

Original Creditor Balance at Assignment:   $6,230.94
Assignee:                                  First Select
Assignee's Address:                        201 Mission Street
                                           San Francisco, CA 94105

Balance at Purchase:        $6,230.94
Current Owner of Account:   Credigy Receivables Inc.
Current Owner Address:      3950 Johns Creek Court, Suite 100
                            Suwanee, GA 30024

Current Balance:                  $15,238.39 as of September 6, 2007
Customer Service Phone Number:    (866) 204-3457

The above amount represents goods and/or services purchased via a credit account extended to the account holder by the original creditor listed above that has been duly assigned to CREDIGY RECEIVABLES INC.