# EXHIBIT E

**CREDIGY #**

3950 JOHNS CREEK C
SUITE 100
SUWANEE , GA 30024
(866) 204-3457

| | |
|---|---|
| **Balance:** | $15,940 |
| **Date Updated:** | 11/2007 |
| **Original Balance:** | $6,231 |
| **Original Creditor:** | 01 MBNA |
| **Past Due:** | >$15,940< |

| | |
|---|---|
| **Pay Status:** | >Collection Acco |
| **Account Type:** | Open Account |
| **Responsibility:** | Individual Accoun |
| **Date Closed:** | 07/2002 |

**Loan Type:** Factoring Company Account
**Remark:** Dispute resolved reported by grantor
**Date placed for collection:** [ 12/2002]
**Estimated date that this item will be removed:**  12/2008

Redacted