# EXHIBIT F

Redacted

🛈 This item is currently being investigated.
**CREDIGY RECEIVABLES**
**Account Number:** ███████
**DateOpened:** 12/2002
**Status:** Collection account.

| AnnualCreditReport.com | > Return to AnnualCreditReport.com | > Frequently Asked Questions | > Contact AnnualCreditR |



Experian
A world of insight

| Logout | Report Summary | Potentially Negative Items | Accounts in Good Standing | Requests for Your Credit History | Personal Information | Your Personal Statement | Get Credit Monitor |

## Potentially Negative Items or Items for Further Review



❓ What does potentially negative or items for further review mean?

❓ What if I feel there is a[n]

Experian credit report prepared for
**MAMI DUHADWAY**

Your report number is



Report date: **January 13, 2008**

 **Credit Report Toolki**
Print your report
Credit Education
Know your rights
Credit Fraud Center



Item Detail

**CREDIGY RECEIVABLES**

**Address:**
3950 JOHNS CREEK CT STE
SUWANEE, GA 30024
*No phone number available*

**Account Number:**

**Original Creditor**
MBNA

**Status:**
Collection account. $16,176 past due as of Dec 2007.

**Date Opened:**
12/2002

**Date of Status:**
01/2006

**Reported Since:**
01/2006

**Last Reported Date:**
12/2007

**Type:**
Installment

**Terms:**
1 Months

**Monthly Payment:**
$0

**Responsibility:**
Individual

**Credit Limit:**
$6,231

**High Balance:**
NA

**Recent Balance:**
$16,176

**Recent Payment**
$0

**Your Statement:**
Account previously in dispute - now resolved, reported by credit grantor.