# EXHIBIT G

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been omitted in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

Redacted

**CREDIGY #**
3950 JOHNS CREEK C
SUITE 100
SUWANEE, GA 30024
(866) 204-3457

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: DISP RESLVD RPRTD BY GRANTOR
Date placed for collection: 12/2002
Estimated date that this item will be removed: 12/2008

Balance: $15,940
Date Updated: 11/2007
Original Amount: $6,231
Original Creditor: 01 MBNA
Past Due: >$15,940<

Pay Status: >COLLECTION ACCOUNT<
Account Type: OPEN ACCOUNT
Responsibility: INDIVIDUAL ACCOUNT
Date Closed: 07/2002