# EXHIBIT H
# Part I of II



*Dorothy Brown*
# Clerk of the Circuit Court
*Cook County*

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: CREDIGY

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2007-M1-256738 | CREDIGY RECEIVABLE | DAUSINAS FRANK G | 12/27/2007 |
| 2007-M1-256739 | CREDIGY RECEIVABLE | FORD KAREN A | 12/27/2007 |
| 2007-M1-256740 | CREDIGY RECEIVABLE | JONES DOROTHY M | 12/27/2007 |
| 2007-M1-256741 | CREDIGY RECEIVAVLE | KARALIS MICHAEL C | 12/27/2007 |
| 2007-M1-256742 | CREDIGY RECEIVABLE | CARTER DAWN | 12/27/2007 |
| 2007-M1-256743 | CREDIGY RECEIVABLE | CAMPBELL EDWARD | 12/27/2007 |
| 2007-M1-256744 | CREDIGY RECEIVABLE | CHAMPAGNE SONIA | 12/27/2007 |
| 2007-M1-256745 | CREDIGY RECEIVABLE | DUNAEVSKY MARK | 12/27/2007 |
| 2007-M1-256746 | CREDIGY RECEIVABLE | MCCLAIN PATRICK J | 12/27/2007 |
| 2007-M1-256747 | CREDIGY RECEIVABLE | DAVIS OTISA J | 12/27/2007 |
| 2007-M1-256748 | CREDIGY RECEIVABLE | MAHALKO PAUL | 12/27/2007 |
| 2007-M1-256749 | CREDIGY RECEIVABLE | BROWN MOSES | 12/27/2007 |
| 2007-M1-256750 | CREDIGY RECEIVABLE | KOEHN BETH C | 12/27/2007 |
| 2007-M1-256751 | CREDIGY RECEIVABLE | WASHINGTON SHANI J | 12/27/2007 |
| 2007-M1- | CREDIGY | COLEMAN LEROY | 12/26/2007 |

| | | | |
|---|---|---|---|
| 256146 | RECEIVABLE | | |
| 2007-M1-256147 | CREDIGY RECEIVABLE | BILY BEVERLY | 12/26/2007 |
| 2007-M1-256148 | CREDIGY RECEIVABLE | SIMPSON PETRA | 12/26/2007 |
| 2007-M1-256149 | CREDIGY RECEIVABLE | ACEVEDO MARTHA | 12/26/2007 |
| 2007-M1-256150 | CREDIGY RECEIVABLE | GARITE JEAN G | 12/26/2007 |
| 2007-M1-256151 | CREDIGY RECEIVABLE | BOWERS GIRAFTON F | 12/26/2007 |
| 2007-M1-256152 | CREDIGY RECEIVABLE | DOMANOWSKI ANDRZEJ | 12/26/2007 |
| 2007-M1-256153 | CREDIGY RECEIVABLE | MONTGOMERY SARAH | 12/26/2007 |
| 2007-M1-256154 | CREDIGY RECEIVABLE | COLBERT QUINESHA S | 12/26/2007 |
| 2007-M1-256155 | CREDIGY RECEIVABLE | MARTINEZ ALOYSE M | 12/26/2007 |
| 2007-M1-256157 | CREDIGY RECEIVABLE | GARCIA GLORIA | 12/26/2007 |
| 2007-M1-256159 | CREDIGY RECEIVABLE | GLOTZER GAIL M | 12/26/2007 |
| 2007-M1-256160 | CREDIGY RECEIVABLE | WATSON WILLIAM | 12/26/2007 |
| 2007-M1-256161 | CREDIGY RECEIVABLE | MADULARA CECILIA Y | 12/26/2007 |
| 2007-M1-256162 | CREDIGY RECEIVABLE | BLAZIER STEVEN C | 12/26/2007 |
| 2007-M1-256163 | CREDIGY RECEIVABLE | HACKNEY MICHAEL S | 12/26/2007 |
| 2007-M1-256164 | CREDIGY RECEIVABLE | POULOS RICK T | 12/26/2007 |
| 2007-M1-256165 | CREDIGY RECEIVABLE | GRANT MATTIE E | 12/26/2007 |
| 2007-M1-256166 | CREDIGY RECEIVABLE | GIBSON SHIRLEY L | 12/26/2007 |
| 2007-M1-256167 | CREDIGY RECEIVABLE | RUBENSTEIN ALAN | 12/26/2007 |
| 2007-M1-256168 | CREDIGY RECEIVABLE | BELLO MUYINAT A | 12/26/2007 |
| 2007-M1-256169 | CREDIGY RECEIVABLE | STAMPLEY GLORIA P | 12/26/2007 |

| 2007-M1-256170 | CREDIGY RECEIVABLE | BERNARD TIFFANY D | 12/26/2007 |
|---|---|---|---|
| 2007-M1-256172 | CREDIGY RECEIVABLE | PULPHUS RUFUS TERR | 12/26/2007 |
| 2007-M1-256173 | CREDIGY RECEIVABLE | ALTKEN TYRONE | 12/26/2007 |
| 2007-M1-256174 | CREDIGY RECEIVABLE | COLEMAN FAYE M | 12/26/2007 |
| 2007-M1-256175 | CREDIGY RECEIVABLE | STUBITSCH JOHN | 12/26/2007 |
| 2007-M1-256176 | CREDIGY RECEIVABLE | DOUGLAS HAZEL L | 12/26/2007 |
| 2007-M1-256177 | CREDIGY RECEIVABLE | METOXEN KASTEN L | 12/26/2007 |
| 2007-M1-256178 | CREDIGY RECEIVABLE | HUMPHREY TERRENCE | 12/26/2007 |
| 2007-M1-256179 | CREDIGY RECEIVABLE | DOTSON CHRISTOPHER | 12/26/2007 |
| 2007-M1-256180 | CREDIGY RECEIVABLE | VEIKOS JAMES | 12/26/2007 |
| 2007-M1-256408 | CREDIGY RECEIVABLE | LEWIS VIRGINIA | 12/26/2007 |
| 2007-M1-256420 | CREDIGY RECEIVABLE | GEBRE FREWOINI | 12/26/2007 |
| 2007-M1-256438 | CREDIGY RECEIVABLE | LARSON MARGARET A | 12/26/2007 |
| 2007-M1-256440 | CREDIGY RECEIVABLE | WINCHELL JEFFERY C | 12/26/2007 |
| 2007-M1-256442 | CREDIGY RECEIVABLE | CONKLIN TAWANDA | 12/26/2007 |
| 2007-M1-256444 | CREDIGY RECEIVABLE | VEVERKA DANIEL KEI | 12/26/2007 |
| 2007-M1-256445 | CREDIGY RECEIVABLE | SHIELDS MICHAEL | 12/26/2007 |
| 2007-M1-256447 | CREDIGY RECEIVABLE | MUNOZ ANASTACIO | 12/26/2007 |
| 2007-M1-256448 | CREDIGY RECEIVABLE | HEINZ NICHOLAS M | 12/26/2007 |
| 2007-M1-256450 | CREDIGY RECEIVABLE | KEMMER JAMES | 12/26/2007 |
| 2007-M1-256452 | CREDIGY RECEIVABLE | BOLSTER PATRICIA | 12/26/2007 |
| 2007-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 256454 | RECEIVABLE | SCHWARTZ JOAN | 12/26/2007 |
| 2007-M1-256456 | CREDIGY RECEIVABLE | URBANIAK ROMAN A | 12/26/2007 |
| 2007-M1-256457 | CREDIGY RECEIVABLE | MERCADO CESAR | 12/26/2007 |
| 2007-M1-256459 | CREDIGY RECEIVABLE | WADE DARTANYAN | 12/26/2007 |
| 2007-M1-256461 | CREDIGY RECEIVABLE | MERCADO CARMEN | 12/26/2007 |
| 2007-M1-256463 | CREDIGY RECEIVABLE | IHMUD SAMAHERA | 12/26/2007 |
| 2007-M1-256465 | CREDIGY RECEIVABLE | SYLLA MAMADOU | 12/26/2007 |
| 2007-M1-256466 | CREDIGY RECEIVABLE | FULSCHER JACK THOM | 12/26/2007 |
| 2007-M1-256468 | CREDIGY RECEIVABLE | RODRIGUEZ LOURDES | 12/26/2007 |
| 2007-M1-256473 | CREDIGY RECEIVABLE | MCCLINTON TRACEY D | 12/26/2007 |
| 2007-M1-256475 | CREDIGY RECEIVABLE | PASTERNAK KENNETH | 12/26/2007 |
| 2007-M1-254826 | CREDIGY RECEIVABLE | TULL YOLANDA A | 12/20/2007 |
| 2007-M1-254827 | CREDIGY RECEIVABLE | BERMAN ROBERT M | 12/20/2007 |
| 2007-M1-254828 | CREDIGY RECEIVABLE | THOMPSON VERDELL | 12/20/2007 |
| 2007-M1-254829 | CREDIGY RECEIVABLE | MUSTAFA GHAZI | 12/20/2007 |
| 2007-M1-254830 | CREDIGY RECEIVABLE | SIMMONS ARANDEZ C | 12/20/2007 |
| 2007-M1-254831 | CREDIGY RECEIVABLE | PITTACORA FRANK | 12/20/2007 |
| 2007-M1-254832 | CREDIGY RECEIVABLE | GREEN ABELL | 12/20/2007 |
| 2007-M1-254833 | CREDIGY RECEIVABLE | HAMPTON NIKYAMICH | 12/20/2007 |
| 2007-M1-254834 | CREDIGY RECEIVABLE | PIE HENRETTA | 12/20/2007 |
| 2007-M1-254835 | CREDIGY RECEIVABLE | MAYERHOFER CHAD A | 12/20/2007 |
| 2007-M1-254837 | CREDIGY RECEIVABLE | NIELSEN RAYMOND J | 12/20/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-254838 | CREDIGY RECEIVABLE | PHILLIPS BRADFORD | 12/20/2007 |
| 2007-M1-254839 | CREDIGY RECEIVABLE | CRAIG KEVIN G | 12/20/2007 |
| 2007-M1-254840 | CREDIGY RECEIVABLE | DONOVAN ERIC D | 12/20/2007 |
| 2007-M1-254841 | CREDIGY RECEIVABLE | ARGIRIS LEA A | 12/20/2007 |
| 2007-M1-254842 | CREDIGY RECEIVABLE | COTTON LELA | 12/20/2007 |
| 2007-M1-254843 | CREDIGY RECEIVABLE | DIPZINSKI RICHARD | 12/20/2007 |
| 2007-M1-254845 | CREDIGY RECEIVABLE | PRICE ANTHONY | 12/20/2007 |
| 2007-M1-254847 | CREDIGY RECEIVABLE | WILSON WILLIE | 12/20/2007 |
| 2007-M1-254156 | CREDIGY RECEIVABLE | LANG ROBERT P | 12/19/2007 |
| 2007-M1-254158 | CREDIGY RECEIVABLE | JOHNSON JOHN L | 12/19/2007 |
| 2007-M1-254159 | CREDIGY RECEIVABLE | WALKER ROY S | 12/19/2007 |
| 2007-M1-254160 | CREDIGY RECEIVABLE | TAYLOR DJUANA D | 12/19/2007 |
| 2007-M1-254161 | CREDIGY RECEIVABLE | MCDERMOTT CASEY B | 12/19/2007 |
| 2007-M1-254162 | CREDIGY RECEIVABLE | MUN MITCHELLE LORE | 12/19/2007 |
| 2007-M1-254163 | CREDIGY RECEIVABLE | BRADLEY QUINTIN | 12/19/2007 |
| 2007-M1-254164 | CREDIGY RECEIVABLE | RUSSELL LATRECE J | 12/19/2007 |
| 2007-M1-254165 | CREDIGY RECEIVABLE | BANKS MICHAEL | 12/19/2007 |
| 2007-M1-254166 | CREDIGY RECEIVABLE | SNEED NIKITA JYNEA | 12/19/2007 |
| 2007-M1-254167 | CREDIGY RECEIVABLE | THURBUSH JOAN | 12/19/2007 |
| 2007-M1-254168 | CREDIGY RECEIVABLE | MOY WILLIE K | 12/19/2007 |
| 2007-M1-254169 | CREDIGY RECEIVABLE | OGBARA TAJUDEEN O | 12/19/2007 |
| 2007-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 254170 | RECEIVABLE | FARLEY MICHELLE | 12/19/2007 |
| 2007-M1-254171 | CREDIGY RECEIVABLE | CAMPBELL SEAN PATR | 12/19/2007 |
| 2007-M1-254172 | CREDIGY RECEIVABLE | PECORARO LINDA L | 12/19/2007 |
| 2007-M1-254173 | CREDIGY RECEIVABLE | OAKES MATTHEW RYAN | 12/19/2007 |
| 2007-M1-254174 | CREDIGY RECEIVABLE | LUNEBACH KEVIN M | 12/19/2007 |
| 2007-M1-254176 | CREDIGY RECEIVABLE | PARKS MICHAEL W | 12/19/2007 |
| 2007-M1-251351 | CREDIGY RECEIVABLE | HUDSON EDNA M | 12/13/2007 |
| 2007-M1-251352 | CREDIGY RECEIVABLE | VAUGHN KEVIN J | 12/13/2007 |
| 2007-M1-251353 | CREDIGY RECEIVABLE | SMITH ERIN K | 12/13/2007 |
| 2007-M1-251354 | CREDIGY RECEIVABLE | FULKS BERNARD S | 12/13/2007 |
| 2007-M1-251355 | CREDIGY RECEIVABLE | LUMPKIN ROSE P | 12/13/2007 |
| 2007-M1-251356 | CREDIGY RECEIVABLE | VINADO TORSHA L | 12/13/2007 |
| 2007-M1-251357 | CREDIGY RECEIVABLE | BERRY MARQUITA TAJ | 12/13/2007 |
| 2007-M1-251358 | CREDIGY RECEIVABLE | WHITE LASHONDA | 12/13/2007 |
| 2007-M1-251359 | CREDIGY RECEIVABLE | BARNES ARTHUR B | 12/13/2007 |
| 2007-M1-251360 | CREDIGY RECEIVABLE | KONCOK MAROS | 12/13/2007 |
| 2007-M1-251361 | CREDIGY RECEIVABLE | BARKER CYNTHIA R | 12/13/2007 |
| 2007-M1-251362 | CREDIGY RECEIVABLE | RAFIQ MOHAMMAD A | 12/13/2007 |
| 2007-M1-251363 | CREDIGY RECEIVABLE | STEPHENS STANLEY | 12/13/2007 |
| 2007-M1-251364 | CREDIGY RECEIVABLE | MCMATH PAMELA D | 12/13/2007 |
| 2007-M1-251365 | CREDIGY RECEIVABLE | OCAMPO WILFREDO A | 12/13/2007 |
| 2007-M1-251366 | CREDIGY RECEIVABLE | SHLIMON SARKIS B | 12/13/2007 |

| 2007-M1-251367 | CREDIGY RECEIVABLE | HUSKISSON RUDDLE M | 12/13/2007 |
|---|---|---|---|
| 2007-M1-251368 | CREDIGY RECEIVABLE | NELSON ARDEN B | 12/13/2007 |
| 2007-M1-251369 | CREDIGY RECEIVABLE | YOUNG ERIC W | 12/13/2007 |
| 2007-M1-251370 | CREDIGY RECEIVABLE | HAWN ALEXANDER | 12/13/2007 |
| 2007-M1-251371 | CREDIGY RECEIVABLE | ALEXANDER CAROLYN | 12/13/2007 |
| 2007-M1-251372 | CREDIGY RECEIVABLE | CLARK ANNE E | 12/13/2007 |
| 2007-M1-251373 | CREDIGY RECEIVABLE | MOSHIER BERTRAM G | 12/13/2007 |
| 2007-M1-251374 | CREDIGY RECEIVABLE | OKORIE EVELYN D | 12/13/2007 |
| 2007-M1-251375 | CREDIGY RECEIVABLE | LARA ANTHONY J | 12/13/2007 |
| 2007-M1-251376 | CREDIGY RECEIVABLE | GRECO STACI M | 12/13/2007 |
| 2007-M1-251377 | CREDIGY RECEIVABLE | ROBINSON LARRY D | 12/13/2007 |
| 2007-M1-251378 | CREDIGY RECEIVABLE | MAGEE ROCHELLE Y | 12/13/2007 |
| 2007-M1-251379 | CREDIGY RECEIVABLE | HUANG BIAO J | 12/13/2007 |
| 2007-M1-251380 | CREDIGY RECEIVABLE | PINGSTERHAUS BRIAN | 12/13/2007 |
| 2007-M1-251381 | CREDIGY RECEIVABLE | ROEWADE ERICA | 12/13/2007 |
| 2007-M1-251382 | CREDIGY RECEIVABLE | HODEK RONALD J | 12/13/2007 |
| 2007-M1-222694 | CREDIGY RECEIVABLE | FORBES WILLIAM | 12/08/2007 |
| 2007-M1-222695 | CREDIGY RECEIVABLE | ELLIS LENORA | 12/08/2007 |
| 2007-M1-222697 | CREDIGY RECEIVABLE | LEE ENID D | 12/08/2007 |
| 2007-M1-222698 | CREDIGY RECEIVABLE | ESCAMILLA RAMON L | 12/08/2007 |
| 2007-M1-222700 | CREDIGY RECEIVABLE | NISHIMURA MARION Y | 12/08/2007 |
| 2007-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 222702 | RECEIVABLE | GETTY EUNICE | 12/08/2007 |
| 2007-M1-222703 | CREDIGY RECEIVABLE | SALGADO FAUSTO | 12/08/2007 |
| 2007-M1-222705 | CREDIGY RECEIVABLE | CARTERBARGE FRANCE | 12/08/2007 |
| 2007-M1-222706 | CREDIGY RECEIVABLE | CATTONI TRACY | 12/08/2007 |
| 2007-M1-222708 | CREDIGY RECEIVABLE | CALLIER MICHAEL | 12/08/2007 |
| 2007-M1-222710 | CREDIGY RECEIVABLE | RABIN DAVID P | 12/08/2007 |
| 2007-M1-222712 | CREDIGY RECEIVABLE | GILLIEAN MONICA | 12/08/2007 |
| 2007-M1-222713 | CREDIGY RECEIVABLE | WASHINGTON DORN | 12/08/2007 |
| 2007-M1-222715 | CREDIGY RECEIVABLE | BROWN HARRY L | 12/08/2007 |
| 2007-M1-222718 | CREDIGY RECEIVABLE | COVICH ROBERT W | 12/08/2007 |
| 2007-M1-222720 | CREDIGY RECEIVABLE | MARTINEZ JESUS V | 12/08/2007 |
| 2007-M1-222729 | CREDIGY RECEIVABLE | WADE KUWONDA | 12/08/2007 |
| 2007-M1-222730 | CREDIGY RECEIVABLE | HOWARD LINDA MARIE | 12/08/2007 |
| 2007-M1-222731 | CREDIGY RECEIVABLE | JENKINS LAURA | 12/08/2007 |
| 2007-M1-222732 | CREDIGY RECEIVABLE | GRAY CHRISTOPHER P | 12/08/2007 |
| 2007-M1-222733 | CREDIGY RECEIVABLE | EDWARDS SHERMAN D | 12/08/2007 |
| 2007-M1-222734 | CREDIGY RECEIVABLE | AVERY SHARON S | 12/08/2007 |
| 2007-M1-222735 | CREDIGY RECEIVABLE | AVERY VICKEY | 12/08/2007 |
| 2007-M1-222736 | CREDIGY RECEIVABLE | AVERYHART KEVIN | 12/08/2007 |
| 2007-M1-222737 | CREDIGY RECEIVABLE | STAUB DAVID A | 12/08/2007 |
| 2007-M1-222738 | CREDIGY RECEIVABLE | BOWIE TYROME P | 12/08/2007 |
| 2007-M1-222739 | CREDIGY RECEIVABLE | BRISCO SHARON | 12/08/2007 |

| 2007-M1-222740 | CREDIGY RECEIVABLE | PARVEZ IRAM | 12/08/2007 |
| --- | --- | --- | --- |
| 2007-M1-222741 | CREDIGY RECEIVABLE | BOCANEGRA ALBERTO | 12/08/2007 |
| 2007-M1-222742 | CREDIGY RECEIVABLE | FLORES LIZET | 12/08/2007 |
| 2007-M1-222744 | CREDIGY RECEIVABLE | BURNETT RAHSHONE | 12/08/2007 |
| 2007-M1-222745 | CREDIGY RECEIVABLE | FUENTES SABINO | 12/08/2007 |
| 2007-M1-222746 | CREDIGY RECEIVABLE | DIEMER RAMIA RASHE | 12/08/2007 |
| 2007-M1-222747 | CREDIGY RECEIVABLE | NISHIMURA MARION Y | 12/08/2007 |
| 2007-M1-222748 | CREDIGY RECEIVABLE | MCCOY WILLIAM G | 12/08/2007 |
| 2007-M1-222749 | CREDIGY RECEIVABLE | PEREZ ANNA M | 12/08/2007 |
| 2007-M1-222750 | CREDIGY RECEIVABLE | HAYES CHARLETTA A | 12/08/2007 |
| 2007-M1-222751 | CREDIGY RECEIVABLE | TRAMMELL CHARLES | 12/08/2007 |
| 2007-M1-222752 | CREDIGY RECEIVABLE | MCKINNON JACQUELIN | 12/08/2007 |
| 2007-M1-222754 | CREDIGY RECEIVABLE | BARTKIEWICZ THOMAS | 12/08/2007 |
| 2007-M1-222755 | CREDIGY RECEIVABLE | EPSTEIN ELYSE F | 12/08/2007 |
| 2007-M1-222756 | CREDIGY RECEIVABLE | HU YUE X | 12/08/2007 |
| 2007-M1-222757 | CREDIGY RECEIVABLE | JONES ELWITHA | 12/08/2007 |
| 2007-M1-222758 | CREDIGY RECEIVABLE | HERRERA MARIA FELI | 12/08/2007 |
| 2007-M1-222759 | CREDIGY RECEIVABLE | POWELL ELEANOR J | 12/08/2007 |
| 2007-M1-222834 | CREDIGY RECEIVABLE | ROBERTS JASON G | 12/08/2007 |
| 2007-M1-222835 | CREDIGY RECEIVABLE | EVERETT TIFFANY N | 12/08/2007 |
| 2007-M1-222836 | CREDIGY RECEIVABLE | NELSON SHEILA | 12/08/2007 |
| 2007-M1- | CREDIGY | | |

| 222837 | RECEIVABLE | OKONKWO NWAYDO M | 12/08/2007 |
|---|---|---|---|
| 2007-M1-222838 | CREDIGY RECEIVABLE | WILSON JENNIFER M | 12/08/2007 |
| 2007-M1-222839 | CREDIGY RECEIVABLE | GODFREY ERICA K | 12/08/2007 |
| 2007-M1-222840 | CREDIGY RECEIVABLE | STAPLES JEFFREY S | 12/08/2007 |
| 2007-M1-222841 | CREDIGY RECEIVABLE | JACKOWIEC JAMES D | 12/08/2007 |
| 2007-M1-222842 | CREDIGY RECEIVABLE | LEE NANCY G | 12/08/2007 |
| 2007-M1-222843 | CREDIGY RECEIVABLE | SHORT ALLEN P | 12/08/2007 |
| 2007-M1-222844 | CREDIGY RECEIVABLE | KEANE MICHAEL PATR | 12/08/2007 |
| 2007-M1-222845 | CREDIGY RECEIVABLE | STAMPLEY GLORIA P | 12/08/2007 |
| 2007-M1-222846 | CREDIGY RECEIVABLE | HOCHBERG JUDITH M | 12/08/2007 |
| 2007-M1-222847 | CREDIGY RECEIVABLE | CAMPBELL NADIA N | 12/08/2007 |
| 2007-M1-222848 | CREDIGY RECEIVABLE | ADEBUKOLA KEMMY O | 12/08/2007 |
| 2007-M1-222849 | CREDIGY RECEIVABLE | BROADWAY AMY C | 12/08/2007 |
| 2007-M1-222850 | CREDIGY RECEIVABLE | BROCK BEVERLY A | 12/08/2007 |
| 2007-M1-222851 | CREDIGY RECEIVABLE | LOVETT DEJUAN ANDC | 12/08/2007 |
| 2007-M1-222852 | CREDIGY RECEIVABLE | DUONG THAO T | 12/08/2007 |
| 2007-M1-222853 | CREDIGY RECEIVABLE | OMALLEY COLLEEN EV | 12/08/2007 |
| 2007-M1-222854 | CREDIGY RECEIVABLE | CHO SUN CHA | 12/08/2007 |
| 2007-M1-222855 | CREDIGY RECEIVABLE | WELZ ELIZABETH A | 12/08/2007 |
| 2007-M1-222856 | CREDIGY RECEIVABLE | MORALES HUGO | 12/08/2007 |
| 2007-M1-222857 | CREDIGY RECEIVABLE | MCLACHLAN MARLON M | 12/08/2007 |
| 2007-M1-222858 | CREDIGY RECEIVABLE | HOLLOWAY MARLON D | 12/08/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-222859 | CREDIGY RECEIVABLE | TARASKA PAWEL J | 12/08/2007 |
| 2007-M1-222860 | CREDIGY RECEIVABLE | SPEARMAN MARTINA | 12/08/2007 |
| 2007-M1-222862 | CREDIGY RECEIVABLE | CHEATHAM CEOLA | 12/08/2007 |
| 2007-M1-222864 | CREDIGY RECEIVABLE | BARNES ISAAC J | 12/08/2007 |
| 2007-M1-222866 | CREDIGY RECEIVABLE | SANDERS WILLIE J | 12/08/2007 |
| 2007-M1-222868 | CREDIGY RECEIVABLE | LOCOCO KRISTINA AN | 12/08/2007 |
| 2007-M1-222870 | CREDIGY RECEIVABLE | MCQUITTER NICK | 12/08/2007 |
| 2007-M1-222872 | CREDIGY RECEIVABLE | ADIGUN MOROOF K | 12/08/2007 |
| 2007-M1-222874 | CREDIGY RECEIVABLE | BABBAR NUTAN | 12/08/2007 |
| 2007-M1-222876 | CREDIGY RECEIVABLE | CHAPLIN G D | 12/08/2007 |
| 2007-M1-222878 | CREDIGY RECEIVABLE | BRATT DORIS I | 12/08/2007 |
| 2007-M1-222879 | CREDIGY RECEIVABLE | STEVENS CHARLES JR | 12/08/2007 |
| 2007-M1-222880 | CREDIGY RECEIVABLE | FRANKLIN CYNTHIA | 12/08/2007 |
| 2007-M1-222881 | CREDIGY RECEIVABLE | WASH DORIEN C | 12/08/2007 |
| 2007-M1-222882 | CREDIGY RECEIVABLE | BICKMAN DEBORAH A | 12/08/2007 |
| 2007-M1-222883 | CREDIGY RECEIVABLE | BRANN CHRISTINE | 12/08/2007 |
| 2007-M1-222884 | CREDIGY RECEIVABLE | LESCHINSKY JAMES J | 12/08/2007 |
| 2007-M1-222885 | CREDIGY RECEIVABLE | LANDSBAUM JOSEPH M | 12/08/2007 |
| 2007-M1-222886 | CREDIGY RECEIVABLE | WRONA PATRICIA A | 12/08/2007 |
| 2007-M1-222887 | CREDIGY RECEIVABLE | VORAVONG PHALINH | 12/08/2007 |
| 2007-M1-222888 | CREDIGY RECEIVABLE | CRUZ ERLINDA J | 12/08/2007 |
| 2007-M1- | CREDIGY | | |

| 222889 | RECEIVABLE | JULIUS DERRELL A | 12/08/2007 |
|---|---|---|---|
| 2007-M1-222890 | CREDIGY RECEIVABLE | SMART JASON A | 12/08/2007 |
| 2007-M1-222891 | CREDIGY RECEIVABLE | HARDEMON EMMA L | 12/08/2007 |
| 2007-M1-222892 | CREDIGY RECEIVABLE | CAMPBELL CARLA | 12/08/2007 |
| 2007-M1-222894 | CREDIGY RECEIVABLE | VIRGIL RONALD | 12/08/2007 |
| 2007-M1-222895 | CREDIGY RECEIVABLE | QUEN DIANA V | 12/08/2007 |
| 2007-M1-222897 | CREDIGY RECEIVABLE | QABALAWI MANAL | 12/08/2007 |
| 2007-M1-222899 | CREDIGY RECEIVABLE | MURRAY JOHN J | 12/08/2007 |
| 2007-M1-222900 | CREDIGY RECEIVABLE | GORDON BOBBIE A | 12/08/2007 |
| 2007-M1-222902 | CREDIGY RECEIVABLE | VASQUEZ GRACE SANT | 12/08/2007 |
| 2007-M1-222904 | CREDIGY RECEIVABLE | DOSSANTOS DEISY P | 12/08/2007 |
| 2007-M1-222905 | CREDIGY RECEIVABLE | JOHNSON ROBERT E | 12/08/2007 |
| 2007-M1-222907 | CREDIGY RECEIVABLE | CACCIOTTIOLO ALBER | 12/08/2007 |
| 2007-M1-222909 | CREDIGY RECEIVABLE | GHARBIEH MAYSSON M | 12/08/2007 |
| 2007-M1-222910 | CREDIGY RECEIVABLE | WYATT KATHRYN | 12/08/2007 |
| 2007-M1-222912 | CREDIGY RECEIVABLE | JOHNSON SP P | 12/08/2007 |
| 2007-M1-222913 | CREDIGY RECEIVABLE | TALAGA MARCIA J | 12/08/2007 |
| 2007-M1-222915 | CREDIGY RECEIVABLE | CHAVEZ ALEXANDRA | 12/08/2007 |
| 2007-M1-222917 | CREDIGY RECEIVABLE | MESSER MARCIA M | 12/08/2007 |
| 2007-M1-222918 | CREDIGY RECEIVABLE | LEWIS CARLOS R | 12/08/2007 |
| 2007-M1-222920 | CREDIGY RECEIVABLE | HIGGINS ANNOLA L | 12/08/2007 |
| 2007-M1-222922 | CREDIGY RECEIVABLE | OLABODE GRACE | 12/08/2007 |

| 2007-M1-222923 | CREDIGY RECEIVABLE | PORTER TAMIKA N. | 12/08/2007 |
| 2007-M1-222925 | CREDIGY RECEIVABLE | SUTTON SHAWN | 12/08/2007 |
| 2007-M1-222926 | CREDIGY RECEIVABLE | LEE KYUNGJIN | 12/08/2007 |
| 2007-M1-222928 | CREDIGY RECEIVABLE | JIMENEZ ESMERALDA | 12/08/2007 |
| 2007-M1-222930 | CREDIGY RECEIVABLE | OSTROWSKI JILL R | 12/08/2007 |
| 2007-M1-222931 | CREDIGY RECEIVABLE | DURHAM KAYE I | 12/08/2007 |
| 2007-M1-222933 | CREDIGY RECEIVABLE | LEWIS JUANITA L | 12/08/2007 |
| 2007-M1-222930 | CREDIGY RECEIVABLE | OSTROWSKI JILL R | 12/08/2007 |
| 2007-M1-182147 | CREDIGY RECEIVABLE | LAZAR BOULOS T | 08/17/2007 |
| 2007-M1-182148 | CREDIGY RECEIVABLE | PLOWDEN CYNTHIA O | 08/17/2007 |
| 2007-M1-182149 | CREDIGY RECEIVABLE | MALIK MOHAMMED I | 08/17/2007 |
| 2007-M1-182151 | CREDIGY RECEIVABLE | HARRIS JAYLA A | 08/17/2007 |
| 2007-M1-182152 | CREDIGY RECEIVABLE | TOLST FINA | 08/17/2007 |
| 2007-M1-182153 | CREDIGY RECEIVABLE | HORTON JOHN E | 08/17/2007 |
| 2007-M1-182158 | CREDIGY RECEIVABLE | HARVEY MICHELE | 08/17/2007 |
| 2007-M1-182159 | CREDIGY RECEIVABLE | DEBERRY MISTY | 08/17/2007 |
| 2007-M1-182160 | CREDIGY RECEIVABLE | DENT PAULETTE | 08/17/2007 |
| 2007-M1-182161 | CREDIGY RECEIVABLE | JAMES ANGELA J | 08/17/2007 |
| 2007-M1-182162 | CREDIGY RECEIVABLE | MARTIN DAVID E | 08/17/2007 |
| 2007-M1-182163 | CREDIGY RECEIVABLE | BLANTON JAMI E | 08/17/2007 |
| 2007-M1-182164 | CREDIGY RECEIVABLE | BAILEY ANNIE | 08/17/2007 |
| 2007-M1- | CREDIGY | | |

| 182170 | RECEIVABLE | MURILLO MARIA | 08/17/2007 |
|---|---|---|---|
| 2007-M1-182171 | CREDIGY RECEIVABLE | MCCORRY STEVE L | 08/17/2007 |
| 2007-M1-182172 | CREDIGY RECEIVABLE | LOGGINS VERA P | 08/17/2007 |
| 2007-M1-180364 | CREDIGY RECEIVABLE | MULVIHILL MICHAEL | 08/13/2007 |
| 2007-M1-177438 | CREDIGY RECEIVABLE | MORGAN SHELTON | 08/03/2007 |
| 2007-M1-177439 | CREDIGY RECEIVABLE | BOOTH CLARISSA S | 08/03/2007 |
| 2007-M1-177440 | CREDIGY RECEIVABLE | JOINER SHIRLEY | 08/03/2007 |
| 2007-M1-177441 | CREDIGY RECEIVABLE | REBELLO GERARDO R | 08/03/2007 |
| 2007-M1-177442 | CREDIGY ASSOCIATES | MCCLAIN ALPHONSO | 08/03/2007 |
| 2007-M1-177443 | CREDIGY RECEIVABLE | GROH EDWARD | 08/03/2007 |
| 2007-M1-177444 | CREDIGY RECEIVABLE | MCKEE CHARLES J | 08/03/2007 |
| 2007-M1-177445 | CREDIGY RECEIVABLE | VEVERKA DANIEL KIE | 08/03/2007 |
| 2007-M1-177447 | CREDIGY RECEIVABLE | VOLBRECHT DEBORAH | 08/03/2007 |
| 2007-M1-177448 | CREDIGY RECEIVABLE | TYLER MARY ANN | 08/03/2007 |
| 2007-M1-177449 | CREDIGY RECEIVABLE | ONEAL KEITH LAMONT | 08/03/2007 |
| 2007-M1-177451 | CREDIGY RECEIVABLE | SCHAFFER ARNISA L | 08/03/2007 |
| 2007-M1-177452 | CREDIGY RECEIVABLE | CHANGUAN MARIO | 08/03/2007 |
| 2007-M1-177453 | CREDIGY RECEIVABLE | PAGODA DOUG | 08/03/2007 |
| 2007-M1-177454 | CREDIGY RECEIVABLE | JOHNSON LONNIE | 08/03/2007 |
| 2007-M1-177455 | CREDIGY RECEIVABLE | LUCKEY CATHERINE | 08/03/2007 |
| 2007-M1-177456 | CREDIGY RECEIVABLE | JEANPIERRE CARLOS | 08/03/2007 |
| 2007-M1-177457 | CREDIGY RECEIVABLE | GOMEZ HORACIO | 08/03/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-177458 | CREDIGY RECEIVABLE | FLOM KERRY J | 08/03/2007 |
| 2007-M1-177459 | CREDIGY RECEIVABLE | SAMPSON ALBERTA | 08/03/2007 |
| 2007-M1-177460 | CREDIGY RECEIVABLE | BRISCO IRENE | 08/03/2007 |
| 2007-M1-177461 | CREDIGY RECEIVABLE | WILLIAMS FRANCIA S | 08/03/2007 |
| 2007-M1-177462 | CREDIGY RECEIVABLE | LUCKEY CATHERINE | 08/03/2007 |
| 2007-M1-177463 | CREDIGY RECEIVABLE | DAVIS ADA JR | 08/03/2007 |
| 2007-M1-177464 | CREDIGY RECEIVABLE | LOVE JAMESELLA | 08/03/2007 |
| 2007-M1-177465 | CREDIGY RECEIVABLE | THOMAS JANICE G | 08/03/2007 |
| 2007-M1-177466 | CREDIGY RECEIVABLE | LUNA PEDRO | 08/03/2007 |
| 2007-M1-177467 | CREDIGY RECEIVABLE | BARNES LYNDA S | 08/03/2007 |
| 2007-M1-177468 | CREDIGY RECEIVABLE | MURPHY DARLENE | 08/03/2007 |
| 2007-M1-177469 | CREDIGY RECEIVABLE | HOLMES WINCIE E | 08/03/2007 |
| 2007-M1-177470 | CREDIGY RECEIVABLE | MARSHALL KATRINA | 08/03/2007 |
| 2007-M1-177471 | CREDIGY RECEIVABLE | EDWARDS NICHOLAS P | 08/03/2007 |
| 2007-M1-177472 | CREDIGY RECEIVABLE | WILLIAMS REBEKAH A | 08/03/2007 |
| 2007-M1-177473 | CREDIGY RECEIVABLE | MCKEE CHARLES J | 08/03/2007 |
| 2007-M1-177474 | CREDIGY RECEIVABLE | JACOBS FELICIA | 08/03/2007 |
| 2007-M1-177475 | CREDIGY RECEIVABLE | HELD KAREN CANNON | 08/03/2007 |
| 2007-M1-177476 | CREDIGY RECEIVABLE | VELEZ RAMON | 08/03/2007 |
| 2007-M1-177477 | CREDIGY RECEIVABLE | FAISON JOYCE | 08/03/2007 |
| 2007-M1-177478 | CREDIGY RECEIVABLE | LUCIO ROBERT F | 08/03/2007 |
| 2007-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 177479 | RECEIVABLE | MAGGITT REGGIE A | 08/03/2007 |
| 2007-M1-177481 | CREDIGY RECEIVABLE | JERDEE DOUGLAS PAU | 08/03/2007 |
| 2007-M1-177483 | CREDIGY RECEIVABLE | BROWN LADONNA | 08/03/2007 |
| 2007-M1-177485 | CREDIGY RECEIVABLE | FAISON JOYCE | 08/03/2007 |
| 2007-M1-177487 | CREDIGY RECEIVABLE | SMITH KRISTINA A | 08/03/2007 |
| 2007-M1-177489 | CREDIGY RECEIVABLE | WARD DELINDA D | 08/03/2007 |
| 2007-M1-177699 | CREDIGY RECEIVABLE | DASSINGER ROBIN M | 08/03/2007 |
| 2007-M1-171756 | CREDIGY RECEIVABLE | BARRIOS RONALDO C | 07/18/2007 |
| 2007-M1-171759 | CREDIGY RECEIVABLE | HARRISON DEANNA | 07/18/2007 |
| 2007-M1-171764 | CREDIGY RECEIVABLE | WIECZOREK JOHN J | 07/18/2007 |
| 2007-M1-171765 | CREDIGY RECEIVABLE | BELL TIMOTHY O | 07/18/2007 |
| 2007-M1-171766 | CREDIGY RECEIVABLE | OLDEN NIKIA M | 07/18/2007 |
| 2007-M1-171767 | CREDIGY RECEIVABLE | ARMSTRONG THOMAS D | 07/18/2007 |
| 2007-M1-171769 | CREDIGY RECEIVABLE | DALLIO NINA T | 07/18/2007 |
| 2007-M1-171774 | CREDIGY RECIEVABLE | SCHULTZ CHARLES | 07/18/2007 |
| 2007-M1-171775 | CREDIGY RECEIVABLE | COHN KAREN R | 07/18/2007 |
| 2007-M1-171776 | CREDIGY RECEIVABLE | CONTRERAS JUAN MAN | 07/18/2007 |
| 2007-M1-171777 | CREDIGY RECEIVABLE | FAROOOL MOHAMMAD K | 07/18/2007 |
| 2007-M1-171782 | CREDIGY RECEIVABLE | OGRADY JOHN | 07/18/2007 |
| 2007-M1-171783 | CREDIGY RECEIVABLE | DUBIN WILLIAM | 07/18/2007 |
| 2007-M1-171784 | CREDIGY RECEIVABLE | GOMEZ ROBERTO | 07/18/2007 |
| 2007-M1-171785 | CREDIGY RECEIVABLE | MIDDLEBROOKS NATAS | 07/18/2007 |

| 2007-M1-171786 | CREDIGY RECEIVABLE | PERKINS JACOBY J | 07/18/2007 |
| --- | --- | --- | --- |
| 2007-M1-171787 | CREDIGY RECEIVABLE | CRUZ JOSEPH C | 07/18/2007 |
| 2007-M1-171788 | CREDIGY RECEIVABLE | POWELL GINNY | 07/18/2007 |
| 2007-M1-171789 | CREDIGY RECEIVABLE | WALLS JANEEN K | 07/18/2007 |
| 2007-M1-117665 | CREDIGY RECEIVABLE | HAINEY DORA | 03/07/2007 |
| 2007-M1-117667 | CREDIGY RECEIVABLE | MARSHALL REGINALD | 03/07/2007 |
| 2007-M1-117669 | CREDIGY RECEIVABLE | ARBERTHA KENYATTA | 03/07/2007 |
| 2007-M1-117695 | CREDIGY RECEIVABLE | RICCIARELLI GARY A | 03/07/2007 |
| 2007-M1-117747 | CREDIGY RECEIVABLE | GALLO GABRIEL | 03/07/2007 |
| 2007-M1-117767 | CREDIGY RECEIVABLE | BRYANT MARKICHA | 03/07/2007 |
| 2007-M1-117121 | CREDIGY RECEIVABLE | BOLL MICHAEL A | 03/06/2007 |
| 2007-M1-117122 | CREDIGY RECEIVABLE | BROOKS ROBERT L | 03/06/2007 |
| 2007-M1-117123 | CREDIGY RECEIVABLE | BROWN MARIE B | 03/06/2007 |
| 2007-M1-117126 | CREDIGY RECEIVABLE | LEWIS BRIAN | 03/06/2007 |
| 2007-M1-117127 | CREDIGY RECEIVABLE | HOOD NINA | 03/06/2007 |
| 2007-M1-117128 | CREDIGY RECEIVABLE | CARTHAN TAMEICHA | 03/06/2007 |
| 2007-M1-117129 | CREDIGY RECEIVABLE | LOWERY DEBORAH D | 03/06/2007 |
| 2007-M1-111427 | CREDIGY RECEIVABLE | HARTMAN MARCIA A | 02/15/2007 |
| 2007-M1-111432 | CREDIGY RECEIVABLE | MORANT LASHEENA R | 02/15/2007 |
| 2007-M1-111433 | CREDIGY RECEIVABLE | MITCHELL SHAMIM | 02/15/2007 |
| 2007-M1-108367 | CREDIGY RECEIVABLE | OPITI DANIEL N | 02/05/2007 |
| 2007-M1- | CREDIGY | | |

| 108369 | RECEIVABLE | RAMIREZ ALICIA | 02/05/2007 |
|---|---|---|---|
| 2007-M1-108370 | CREDIGY RECEIVABLE | BROOKS TANEISHA SH | 02/05/2007 |
| 2007-M1-108371 | CREDIGY RECEIVABLE | HANDA RANJIT R | 02/05/2007 |
| 2007-M1-108373 | CREDIGY RECEIVABLE | RODRIGUEZ ANA | 02/05/2007 |
| 2007-M1-108374 | CREDIGY RECEIVABLE | KELLY SANDRA L | 02/05/2007 |
| 2007-M1-108375 | CREDIGY RECEIVABLE | GALLARZO EMILIO | 02/05/2007 |
| 2007-M1-108376 | CREDIGY RECEIVABLE | ROJAS JOSE L | 02/05/2007 |
| 2007-M1-108377 | CREDIGY RECEIVABLE | OSTERLING KATHERIN | 02/05/2007 |
| 2007-M1-108378 | CREDIGY RECEIVABLE | POSS JAIME M | 02/05/2007 |
| 2007-M1-108384 | CREDIGY RECEIVABLE | TUPAS RAMON B | 02/05/2007 |
| 2007-M1-108389 | CREDIGY RECEIVABLE | RICHARDSON GEORGE | 02/05/2007 |
| 2007-M1-108392 | CREDIGY RECEIVABLE | BRIGHT VIVIAN YVET | 02/05/2007 |
| 2007-M1-108393 | CREDIGY RECEIVABLE | JOHNSON CHERVONNE | 02/05/2007 |
| 2007-M1-108394 | CREDIGY RECEIVABLE | STANTON DONNE | 02/05/2007 |
| 2007-M1-108395 | CREDIGY RECEIVABLE | GERARDO MOTA | 02/05/2007 |
| 2007-M1-108396 | CREDIGY RECEIVABLE | MIKHAIL NINA G | 02/05/2007 |
| 2007-M1-108397 | CREDIGY RECEIVABLE | CLARKE ADA F | 02/05/2007 |
| 2007-M1-108398 | CREDIGY RECEIVABLE | JONES MICHELLE D | 02/05/2007 |
| 2007-M1-108399 | CREDIGY RECEIVABLE | RUIZ CARLOS | 02/05/2007 |
| 2007-M1-108400 | CREDIGY RECEIVABLE | TYLER ARIEL DANNY | 02/05/2007 |
| 2007-M1-108401 | CREDIGY RECEIVABLE | VELEZ ISMAEL | 02/05/2007 |
| 2007-M1-108402 | CREDIGY RECEIVABLE | RYPEL MARK | 02/05/2007 |