# EXHIBIT H
# Part II of II

| 2007-M1-108404 | CREDIGY RECEIVABLE | OCON FRANCISCO | 02/05/2007 |
| --- | --- | --- | --- |
| 2007-M1-108405 | CREDIGY RECEIVABLE | KING SHIRLEY A | 02/05/2007 |
| 2007-M1-108406 | CREDIGY RECEIVABLE | HILL CANDACE G | 02/05/2007 |
| 2007-M1-108407 | CREDIGY RECEIVABLE | LOPEZ MARIA | 02/05/2007 |
| 2007-M1-108408 | CREDIGY RECEIBABLE | BROWN ARDELL W | 02/05/2007 |
| 2007-M1-108409 | CREDIGY RECEIVABLE | JOHNSON CHRISTA Y | 02/05/2007 |
| 2007-M1-108410 | CREDIGY RECEIVABLE | GIBSON ARDELLA M | 02/05/2007 |
| 2007-M1-108412 | CREDIGY RECEIVABLE | JONES ARTHUR R | 02/05/2007 |
| 2007-M1-108413 | CREDIGY RECEIVABLE | NOOR MOHAMMAD H | 02/05/2007 |
| 2007-M1-108414 | CREDIGY RECEIVABLE | HARRIS SHARON D | 02/05/2007 |
| 2007-M1-108510 | CREDIGY RECEIVABLE | SHELTON NEDRA J | 02/05/2007 |
| 2007-M1-108520 | CREDIGY RECEIVABLE | JACKSON TANIKA T | 02/05/2007 |
| 2007-M1-108534 | CREDIGY RECEIVABLE | WINSTON LEVON | 02/05/2007 |
| 2007-M1-108543 | CREDIGY RECEIVABLE | ZAJCHOWSKI ROSEMAR | 02/05/2007 |
| 2007-M1-108550 | CREDIGY RECEIVABLE | SMITH JANICE T | 02/05/2007 |
| 2007-M1-108554 | CREDIGY RECEVIABLE | SANTANA BRIANDA | 02/05/2007 |
| 2007-M1-108617 | CREDIGY RECEIVABLE | PHILLIPS AARON | 02/05/2007 |
| 2007-M1-108618 | CREDIGY RECEIVABLE | CAVERS SONYA ARMST | 02/05/2007 |
| 2007-M1-108619 | CREDIGY RECEVIABLE | RUSH BEVERLY R | 02/05/2007 |
| 2007-M1-108620 | CREDIGY RECEIVABLE | BAILEY DEREK A | 02/05/2007 |
| 2007-M1-108621 | CREDIGY RECEIVABLE | HEREDIA CAROLYN | 02/05/2007 |
| 2007-M1- | CREDIGY | | |

| 108622 | RECEIVABLE | EMINOSKI MUKREM | 02/05/2007 |
|---|---|---|---|
| 2007-M1-108623 | CREDIGY RECEIVABLE | CLAXTON DANIELLE A | 02/05/2007 |
| 2007-M1-108624 | CREDIGY RECEIVABLE | LOPEZ BELEN RODRIG | 02/05/2007 |
| 2007-M1-108625 | CREDIGY RECEIVABLE | IRIZARRY HIRAM | 02/05/2007 |
| 2007-M1-108626 | CREDIGY RECEIVABLE | CARLTON ERIC A | 02/05/2007 |
| 2007-M1-108628 | CREDIGY RECEIVABLE | WALTON MARION | 02/05/2007 |
| 2007-M1-108629 | CREDIGY RECEIVABLE | KAPUGI MARTIN | 02/05/2007 |
| 2007-M1-108630 | CREDIGY RECEIVABLE | MCBRIDE EARL B | 02/05/2007 |
| 2007-M1-108631 | CREDIGY RECEIVABLE | EMMART JUDITH CLAR | 02/05/2007 |
| 2007-M1-108632 | CREDIGY RECEIVABLE | GAITAN VICTOR H | 02/05/2007 |
| 2007-M1-108633 | CREDIGY RECEIVABLE | LTRAVIS SHEILA | 02/05/2007 |
| 2007-M1-108634 | CREDIGY RECEIVABLE | LIMON VIOLETA | 02/05/2007 |
| 2007-M1-108635 | CREDIGY RECEIVABLE | ESPINOZA ANGELICA | 02/05/2007 |
| 2007-M1-108636 | CREDIGY RECEVIABLE | AKHTAR PARVEZ | 02/05/2007 |
| 2007-M1-108637 | CREDIGY RECEIVABLE | COLEMAN LAVERNE | 02/05/2007 |
| 2007-M1-108638 | CREDIGY RECEIVABLE | FLORES DANIEL | 02/05/2007 |
| 2007-M1-108639 | CREDIGY RECEIVABLE | CRESPO ENRIQUETA | 02/05/2007 |
| 2007-M1-108640 | CREDIGY RECEIVABLE | PEREZ JOSE | 02/05/2007 |
| 2007-M1-108641 | CREDIGY RECEIVABLE | SKUROS SOPHIE | 02/05/2007 |
| 2007-M1-108790 | CREDIGY RECEIVABLE | OGUNSEGUN OLUNIDE | 02/05/2007 |
| 2007-M1-108791 | CREDIGY RECEIVABLE | PEREZ CLEMENTE A | 02/05/2007 |
| 2007-M1-108792 | CREDIGY RECEIVABLE | JACKSON PARIS J | 02/05/2007 |

| 2007-M1-108797 | CREDIGY RECEIVABLE | MAJOR ANTHONY H | 02/05/2007 |
|---|---|---|---|
| 2007-M1-108803 | CREDIGY RECEIVABLE | JOHNSON CHARLES L | 02/05/2007 |
| 2007-M1-108809 | CREDIGY RECEIVABLE | JOHNSON DEIDRA | 02/05/2007 |
| 2007-M1-108813 | CREDIGY RECEIVABLE | COOLEY ROBERT E | 02/05/2007 |
| 2007-M1-108814 | CREDIGY RECEIVABLE | MACHADO BETTY M | 02/05/2007 |
| 2007-M1-108815 | CREDIGY RECEIVABLE | PARKER MARIOWE C | 02/05/2007 |
| 2007-M1-108301 | CREDIGY RECEIVABLE | HALL DIONYSIUS CHA | 02/02/2007 |
| 2007-M1-108302 | CREDIGY RECEIVABLE | LEWIS DIANR R | 02/02/2007 |
| 2007-M1-108303 | CREDIGY RECEIVABLE | STEWART NATHANIEL | 02/02/2007 |
| 2007-M1-108304 | CREDIGY RECEIVABLE | TORNABENE JEAN E | 02/02/2007 |
| 2007-M1-108306 | CREDIGY RECEIVABLE | LOPEZ JAVIER | 02/02/2007 |
| 2007-M1-108312 | CREDIGY RECEIVABLE | ISLAM MARYAM AL | 02/02/2007 |
| 2007-M1-108313 | CREDIGY RECEIVABLE | BROWN JOCELYN MICH | 02/02/2007 |
| 2007-M1-108314 | CREDIGY RECEIVABLE | BANKS MABLE L | 02/02/2007 |
| 2007-M1-108315 | CREDIGY RECEIVABLE | DUL CARRIE | 02/02/2007 |
| 2007-M1-108317 | CREDIGY RECEIVABLE | ALMAGUER MARIA C | 02/02/2007 |
| 2007-M1-108321 | CREDIGY RECEIVABLE | YANEZ ALFREDO | 02/02/2007 |
| 2007-M1-108322 | CREDIGY RECEIVABLE | KONG JUNSUK P | 02/02/2007 |
| 2007-M1-108325 | CREDIGY RECEIVABLE | PAJDA ZUGMUNT | 02/02/2007 |
| 2007-M1-108326 | CREDIGY RECEIVABLE | REYNOLDS JASON A | 02/02/2007 |
| 2007-M1-108327 | CREDIGY RECEIVABLE | REDHEFFER JUDY E | 02/02/2007 |
| 2007-M1- | CREDIGY | | |

| 108328 | RECEIVABLE | REYES MICHAEL | 02/02/2007 |
|---|---|---|---|
| 2007-M1-108329 | CREDIGY RECEIVABLE | EVANS SANDRA L | 02/02/2007 |
| 2007-M1-108330 | CREDIGY RECEIVABLE | SIMS FRANCIS | 02/02/2007 |
| 2007-M1-108331 | CREDIGY RECEIVABLE | ALEXANDER MARY E | 02/02/2007 |
| 2007-M1-108332 | CREDIGY RECEIVABLE | BOWMAN KENNETH | 02/02/2007 |
| 2007-M1-108333 | CREDIGY RECEIVABLE | DAVIS DEMETRICE | 02/02/2007 |
| 2007-M1-108334 | CREDIGY RECEIVABLE | ALLSTON CAROLYN F | 02/02/2007 |
| 2007-M1-108335 | CREDIGY RECEIVABLE | TORRY NANCY WOODS | 02/02/2007 |
| 2007-M1-108336 | CREDIGY RECEIVABLE | JAMES ROBERT D | 02/02/2007 |
| 2007-M1-108337 | CREDIGY RECEIVABLE | WILBON NAKESHA | 02/02/2007 |
| 2007-M1-107774 | CREDIGY RECEIVABLE | MIRANDA DAVID | 02/01/2007 |
| 2007-M1-107793 | CREDIGY RECEIVABLE | ARABIS DANILO C | 02/01/2007 |
| 2007-M1-107795 | CREDIGY RECEIVABLE | CARTER JIMMIE | 02/01/2007 |
| 2007-M1-107801 | CREDIGY RECEIVABLE | MOFFETT KATHLEEN | 02/01/2007 |
| 2007-M1-107803 | CREDIGY RECEIVABLE | MACISAAC SCOTT H | 02/01/2007 |
| 2007-M1-107806 | CREDIGY RECEIVABLE | THOMAS CYNTHIA | 02/01/2007 |
| 2007-M1-107831 | CREDIGY RECEIVABLE | GRECO BEVERLY A | 02/01/2007 |
| 2007-M1-107833 | CREDIGY RECEIVABLE | KELLY KEESHANA | 02/01/2007 |
| 2007-M1-107835 | CREDIGY RECEIVABLE | WESTRY MYRA M | 02/01/2007 |
| 2007-M1-107836 | CREDIGY RECEIVABLE | BROWN REBECCA A | 02/01/2007 |
| 2007-M1-107838 | CREDIGY RECEIVABLE | MILLERT DOLISHA M | 02/01/2007 |
| 2007-M1-107839 | CREDIGY RECEIVABLE | DOSUNMU ADENIKE | 02/01/2007 |

| 2007-M1-107840 | CREDIGY RECEIVABLE | GARCIA MELISSA | 02/01/2007 |
|---|---|---|---|
| 2007-M1-107841 | CREDIGY RECEIVABLE | JUKIEWICZ ERICX M | 02/01/2007 |
| 2007-M1-107842 | CREDIGY RECEIVABLE | RIVERA JOSE | 02/01/2007 |
| 2007-M1-107843 | CREDIGY RECEIVABLE | QUINTANA JOSE Q | 02/01/2007 |
| 2007-M1-107844 | CREDIGY RECEIVABLE | MELTON EMMA | 02/01/2007 |
| 2007-M1-107845 | CREDIGY RECEIVABLE | BELL TAMUNIQUE CAP | 02/01/2007 |
| 2007-M1-107335 | CREDIGY RECEIVABLE | TUCKER TIFFANY | 01/31/2007 |
| 2007-M1-107336 | CREDIGY RECEIVABLE | BURNS NAKEEYA | 01/31/2007 |
| 2007-M1-107337 | CREDIGY RECEIVABLE | SERRANO ISRAEL | 01/31/2007 |
| 2007-M1-107338 | CREDIGY RECEIVABLE | JACKSON AUSTIN SR | 01/31/2007 |
| 2007-M1-107339 | CREDIGY RECEIVABLE | MUHAMMAD YASMEEN | 01/31/2007 |
| 2007-M1-107341 | CREDIGY RECEIVABLE | ELLIS FLORENCE | 01/31/2007 |
| 2007-M1-107348 | CREDIGY RECEIVABLE | TATOSIAN LISA K | 01/31/2007 |
| 2007-M1-107356 | CREDIGY RECEIVABLE | CUEVAS RODOLFO JR | 01/31/2007 |
| 2007-M1-107364 | CREDIGY RECEIVABLE | FINNEGAN MICHELE L | 01/31/2007 |
| 2007-M1-107371 | CREDIGY RECEIVABLE | JOHNSON ROKESHA L | 01/31/2007 |
| 2007-M1-107376 | CREDIGY RECEIVABLE | HALL RAYMOND KEVIN | 01/31/2007 |
| 2007-M1-107387 | CREDIGY RECEIVABLE | ROWE BRYANT N | 01/31/2007 |
| 2007-M1-107398 | CREDIGY RECEIVABLE | WASHINGTON TIARA | 01/31/2007 |
| 2007-M1-107399 | CREDIGY RECEIVABLE | REEHOFF JOYCE | 01/31/2007 |
| 2007-M1-107400 | CREDIGY RECEIVABLE | MALDONADO IVETTE G | 01/31/2007 |
| 2007-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 107401 | RECEIVABLE | JARAMILLO MARTIN | 01/31/2007 |
| 2007-M1-107402 | CREDIGY RECIEVABLE | YOUNG VANDELE S | 01/31/2007 |
| 2007-M1-107403 | CREDIGY RECEIVABLE | PROFFITT LINDA | 01/31/2007 |
| 2007-M1-107409 | CREDIGY RECEIVABLE | WALKER MICHAEL D | 01/31/2007 |
| 2007-M1-107536 | CREDIGY RECEIVABLE | MISTELE DOLORES | 01/31/2007 |
| 2007-M1-107538 | CREDIGY RECEIVABLE | COOPER RITA R | 01/31/2007 |
| 2007-M1-107540 | CREDIGY RECEIVABLE | WASHINGTON ANNIE L | 01/31/2007 |
| 2007-M1-107541 | CREDIGY RECEIVABLE | CHESNEY CHAD | 01/31/2007 |
| 2007-M1-107542 | CREDIGY RECEIVABLE | ROBERTS GENITA E | 01/31/2007 |
| 2007-M1-107545 | CREDIGY RECEIVABLE | ELLIOTT TODD J | 01/31/2007 |
| 2007-M1-107548 | CREDIGY RECEIVABLE | LEVIN JOEL D | 01/31/2007 |
| 2007-M1-107558 | CREDIGY RECEIVABLE | FLOWERS SHERRY L | 01/31/2007 |
| 2007-M1-107562 | CREDIGY RECEIVABLE | SANTANA DALIA | 01/31/2007 |
| 2007-M1-103290 | CREDIGY RECEIVABLE | MCGRONE DARIN D | 01/17/2007 |
| 2007-M1-101500 | CREDIGY RECEIVABLE | BUCKHANA JIMMIE L | 01/10/2007 |
| 2007-M1-101501 | CREDIGY RECEIVABLE | DAVIS MICHAEL DAVI | 01/10/2007 |
| 2007-M1-101502 | CREDIGY RECEIVABLE | VESSEL HOWARD D | 01/10/2007 |
| 2007-M1-101503 | CREDIGY RECEIVABLE | WOODBERRY CRYSTAL | 01/10/2007 |
| 2007-M1-101504 | CREDIGY RECEIVABLE | ABNEY MARIO | 01/10/2007 |
| 2007-M1-101505 | CREDIGY RECEIVABLE | WATKINS DORIS D | 01/10/2007 |
| 2007-M1-101506 | CREDIGY RECEIVABLE | MOORE MARY A | 01/10/2007 |
| 2007-M1-101507 | CREDIGY RECEIVABLE | LACEY MICHELLE E | 01/10/2007 |

| 2007-M1-101508 | CREDIGY RECEIVABLE | GREER LENA | 01/10/2007 |
|---|---|---|---|
| 2007-M1-101517 | CREDIGY RECEIVABLE | ROBINSON LEVIE | 01/10/2007 |
| 2007-M1-101522 | CREDIGY RECEIVABLE | FIELDS FAITH S | 01/10/2007 |
| 2007-M1-101529 | CREDIGY RECEIVABLE | BARBER DIANNA | 01/10/2007 |
| 2007-M1-101533 | CREDIGY RECEIVABLE | JACKSON FORESTINE | 01/10/2007 |
| 2007-M1-101534 | CREDIGY RECEIVABLE | ADAMS FRANK | 01/10/2007 |
| 2007-M1-101535 | CREDIGY RECEIVABLE | HERNANDEZ ANTONIO | 01/10/2007 |
| 2007-M1-101536 | CREDIGY RECEIVABLE | MICOVIC DRAGAN | 01/10/2007 |
| 2007-M1-101538 | CREDIGY RECEIVABLE | GREEN DONNA R | 01/10/2007 |
| 2007-M1-101542 | CREDIGY RECEIVABLE | TODD DELORES MONIQ | 01/10/2007 |
| 2007-M1-101543 | CREDIGY RECEIVABLE | JAMES NATIKA | 01/10/2007 |
| 2007-M1-101552 | CREDIGY RECEIVABLE | MCKINNON ELIHUE | 01/10/2007 |
| 2007-M1-101553 | CREDIGY RECEIVABLE | CORRI PETE | 01/10/2007 |
| 2007-M1-101560 | CREDIGY RECEIVABLE | SARGENT YOLANDA | 01/10/2007 |
| 2007-M1-101576 | CREDIGY RECEIVABLE | ROBINSON KELLY REA | 01/10/2007 |
| 2007-M1-101578 | CREDIGY RECEIVABLE | KEATING DAVE E | 01/10/2007 |
| 2007-M1-101579 | CREDIGY RECEIVABLE | GONZALEZ JUAN C | 01/10/2007 |
| 2007-M1-101580 | CREDIGY RECEIVABLE | FOYTIK LAURA R | 01/10/2007 |
| 2007-M1-101581 | CREDIGY RECEIVABLE | MANN EDDIE W | 01/10/2007 |
| 2007-M1-101582 | CREDIGY RECEIVABLE | RICHARDSON JUSTIN | 01/10/2007 |
| 2007-M1-101583 | CREDIGY RECEIVABLE | NELSON EUNICE | 01/10/2007 |
| 2007-M1- | CREDIGY | | |

| 101598 | RECEIVABLE | SPATES TAMIKA S | 01/10/2007 |
|---|---|---|---|
| 2007-M1-101250 | CREDIGY RECEIVABLE | ESPINOSA EDUARDO | 01/09/2007 |
| 2007-M1-101251 | CREDIGY RECEIVABLE | WASHINGTON JAMES | 01/09/2007 |
| 2007-M1-101252 | CREDIGY RECEIVABLE | BROWN BOOKER | 01/09/2007 |
| 2007-M1-101253 | CREDIGY RECEIVABLE | SHEKLAREVSKI OLEG | 01/09/2007 |
| 2007-M1-101254 | CREDIGY RECEIVABLE | SMILEY ROSA | 01/09/2007 |
| 2007-M1-101255 | CREDIGY RECEIVABLE | EARLY MYRONE | 01/09/2007 |
| 2007-M1-101256 | CREDIGY RECEIVABLE | INDRUSAITIS GIEDRI | 01/09/2007 |
| 2007-M1-101258 | CREDIGY RECEIVABLE | HUNTER TIMIKA L | 01/09/2007 |
| 2007-M1-101259 | CREDIGY RECEIVABLE | SWART JULIE L | 01/09/2007 |
| 2007-M1-101260 | CREDIGY RECEIVABLE | HUFF DEBBIE A | 01/09/2007 |
| 2007-M1-101266 | CREDIGY RECEIVABLE | CONNOLLY TERESA E | 01/09/2007 |
| 2007-M1-101269 | CREDIGY RECEIVABLE | VAZQUEZ LIDIA | 01/09/2007 |
| 2007-M1-101270 | CREDIGY RECEIVABLE | HIMROD SETH DAVID | 01/09/2007 |
| 2007-M1-101271 | CREDIGY RECEIVABLE | LUNA PATRICIA F | 01/09/2007 |
| 2007-M1-101274 | CREDIGY RECEIVABLE | JOSHI NIRAJKUMA | 01/09/2007 |
| 2007-M1-101275 | CREDIGY RECEIVABLE | JIMENEZ EDUARDO | 01/09/2007 |
| 2007-M1-101276 | CREDIGY RECEIVABLE | MONROY PEDRO S | 01/09/2007 |
| 2007-M1-101277 | CREDIGY RECEIVABLE | VILLANUEVA RICARDO | 01/09/2007 |
| 2007-M1-101279 | CREDIGY RECEIVABLE | WORTHY GLENDA D | 01/09/2007 |
| 2007-M1-101284 | CREDIGY RECEIVABLE | MEDINA FIDELA | 01/09/2007 |
| 2007-M1-101287 | CREDIGY RECEIVABLE | STRONG JOHNNIE | 01/09/2007 |

| 2007-M1-101288 | CREDIGY RECEIVABLE | GONZALEZ SAMANTHA | 01/09/2007 |
|---|---|---|---|
| 2007-M1-101291 | CREDIGY RECEIVABLE | ZATOR TIM D | 01/09/2007 |
| 2007-M1-101292 | CREDIGY RECEIVABLE | WILLIAMS WHITNEY D | 01/09/2007 |
| 2007-M1-101293 | CREDIGY RECEIVABLE | ROBERTS CHUCK | 01/09/2007 |
| 2007-M1-101294 | CREDIGY RECEIVABLE | MCCLURE PETRA | 01/09/2007 |
| 2007-M1-101295 | CREDIGY RECEIVABLE | ROSENTHAL JEROME P | 01/09/2007 |
| 2007-M1-101296 | CREDIGY RECEIVABLE | GARCIA ANA M | 01/09/2007 |
| 2007-M1-101297 | CREDIGY RECEIVABLE | TRAN TRONG | 01/09/2007 |
| 2007-M1-101298 | CREDIGY RECEIVABLE | KETO PHIL A | 01/09/2007 |
| 2007-M1-101300 | CREDIGY RECEIVABLE | CALVERT HARLAN A | 01/09/2007 |
| 2007-M1-101301 | CREDIGY RECEIVABLE | MURPHY MALINDA | 01/09/2007 |
| 2007-M1-101302 | CREDIGY RECEIVABLE | URIOSTEQUI CARLOS | 01/09/2007 |
| 2007-M1-101303 | CREDIGY RECEIVABLE | ANDERSON DORIS | 01/09/2007 |
| 2007-M1-101304 | CREDIGY RECEIVABLE | ROSA HECTOR L | 01/09/2007 |
| 2007-M1-101305 | CREDIGY RECEIVABLE | VAUGHN CALVIN B | 01/09/2007 |
| 2007-M1-101307 | CREDIGY RECEIVABLE | ALI SYED S | 01/09/2007 |
| 2007-M1-101308 | CREDIGY RECEIVABLE | DAVIS ASHLEY LARYN | 01/09/2007 |
| 2007-M1-101309 | CREDIGY RECEIVABLE | SHADID DINA S | 01/09/2007 |
| 2007-M1-101310 | CREDIGY RECEIVABLE | STEPHENS MARILYN | 01/09/2007 |
| 2007-M1-101311 | CREDIGY RECEIVABLE | WILLIAMS QUANNETTE | 01/09/2007 |
| 2007-M1-101312 | CREDIGY RECEIVABLE | STEWART JAMES SIME | 01/09/2007 |
| 2007-M1- | CREDIGY | | |

| 101313 | RECEIVABLE | OKOTETE ALICE O | 01/09/2007 |
|---|---|---|---|
| 2007-M1-101325 | CREDIGY RECEIVABLE | POTTS CATHY | 01/09/2007 |
| 2007-M1-101326 | CREDIGY RECEIVABLE | COTTON LELA | 01/09/2007 |
| 2007-M1-101334 | CREDIGY RECEIVABLE | PLACE MARY E | 01/09/2007 |
| 2007-M1-101336 | CREDIGY RECEIVABLE | JENKINS CLINTON J | 01/09/2007 |
| 2007-M1-101337 | CREDIGY RECEIVABLE | DEGUIA SARAH JANE | 01/09/2007 |
| 2007-M1-101339 | CREDIGY RECEIVABLE | KUEHN SUZANNE P | 01/09/2007 |
| 2007-M1-101340 | CREDIGY RECEIVABLE | NEGRETE CONCEPCION | 01/09/2007 |
| 2007-M1-101341 | CREDIGY RECEIVABLE | ALVARADO PABLO D | 01/09/2007 |
| 2007-M1-101342 | CREDIGY RECEIVABLE | FREE LATOYA C | 01/09/2007 |
| 2007-M1-101344 | CREDIGY RECEIVABLE | CAMERON LUCILLE M | 01/09/2007 |
| 2007-M1-101345 | CREDIGY RECEIVABLE | RAINEY MARILYN | 01/09/2007 |
| 2007-M1-101346 | CREDIGY RECEIVABLE | BOGOFF SHLOMO E | 01/09/2007 |
| 2007-M1-101348 | CREDIGY RECEIVABLE | PRICE JERRY | 01/09/2007 |
| 2007-M1-101349 | CREDIGY RECEIVABLE | MULLINS MARY A | 01/09/2007 |
| 2007-M1-101350 | CREDIGY RECEIVABLE | DAVIS MARTZA | 01/09/2007 |
| 2007-M1-101351 | CREDIGY RECEIVABLE | ADAMS MICHAEL | 01/09/2007 |
| 2007-M1-101352 | CREDIGY RECEIVABLE | ALLEN CRYSTAL M | 01/09/2007 |
| 2007-M1-101353 | CREDIGY RECEIVABLE | JOHNSON JUDY | 01/09/2007 |
| 2007-M1-101355 | CREDIGY RECEIVABLE | COOPER JUSTIN F | 01/09/2007 |
| 2007-M1-101356 | CREDIGY RECEIVABLE | PETRATOS JOLEE | 01/09/2007 |
| 2007-M1-101358 | CREDIGY RECEIVABLE | MARCEL HRANICKY | 01/09/2007 |

| 2007-M1-101359 | CREDIGY RECEIVABLE | DAVIS HELEN J | 01/09/2007 |
|---|---|---|---|
| 2007-M1-100935 | CREDIGY RECEIVABLE | RAY GEORGIA | 01/08/2007 |
| 2007-M1-100936 | CREDIGY RECEIVABLE | COLEMAN RAYNA J | 01/08/2007 |
| 2007-M1-100937 | CREDIGY RECEIVABLE | PRSES JASMINA | 01/08/2007 |
| 2007-M1-100938 | CREDIGY RECEIVABLE | LUCAS ROBERT | 01/08/2007 |
| 2007-M1-100955 | CREDIGY RECEIVABLE | HARVEY DEMETRIUS | 01/08/2007 |
| 2007-M1-100957 | CREDIGY RECEIVABLE | REEVES TAMMY | 01/08/2007 |
| 2007-M1-100958 | CREDIGY RECEIVABLE | CORTEZ CLAUDIA | 01/08/2007 |
| 2007-M1-100959 | CREDIGY RECEIVABLE | CIESLA KENNETH J | 01/08/2007 |
| 2007-M1-100960 | CREDIGY RECEIVABLE | REYNOLDS MONIQUE L | 01/08/2007 |
| 2007-M1-100961 | CREDIGY RECEIVABLE | TEEL THOMAS M | 01/08/2007 |
| 2007-M1-100962 | CREDIGY RECEIVABLE | GREEN MICHAEL J | 01/08/2007 |
| 2007-M1-100963 | CREDIGY RECEIVABLE | STAGGS RAYMOND E | 01/08/2007 |
| 2007-M1-100969 | CREDIGY RECEIVABLE | JOHNSON YASHICKA A | 01/08/2007 |
| 2007-M1-100970 | CREDIGY RECEIVABLE | JACKSON DWAYNE | 01/08/2007 |
| 2007-M1-100971 | CREDIGY RECEIVABLE | ROGERS LAANDRE | 01/08/2007 |
| 2007-M1-100972 | CREDIGY RECEIVABLE | TOWBRIDGE JOSHUA A | 01/08/2007 |
| 2007-M1-100973 | CREDIGY RECEIVABLE | MATHESON SUMMER A | 01/08/2007 |
| 2007-M1-100974 | CREDIGY RECEIVABLE | LIGGONS PATRICIA | 01/08/2007 |
| 2006-M1-202504 | CREDIGY RECEIVABLE | REITZ FREDERICK J | 12/28/2006 |
| 2006-M1-202529 | CREDIGY RECEIVABLE | SULIEMAN FIRAS | 12/28/2006 |
| 2006-M1- | CREDIGY | | |

| 202536 | RECEIVABLE | FEARS JOHN | 12/28/2006 |
|---|---|---|---|
| 2006-M1-202545 | CREDIGY RECEIVABLE | MARASSO JOYCE M | 12/28/2006 |
| 2006-M1-202692 | CREDIGY RECEIVABLE | GRAY MAE F | 12/28/2006 |
| 2006-M1-202714 | CREDIGY RECEIVABLE | PIET JOSHUA | 12/28/2006 |
| 2006-M1-202747 | CREDIGY RECEIVABLE | BABICZ GRACE | 12/28/2006 |
| 2006-M1-202760 | CREDIGY RECEIVABLE | EALEY KATHERINE | 12/28/2006 |
| 2006-M1-202764 | CREDIGY RECEIVABLE | ANTHONY FREDERIKA | 12/28/2006 |
| 2006-M1-202767 | CREDIGY RECEIVABLE | MEYER GARY | 12/28/2006 |
| 2006-M1-202768 | CREDIGY RECEIVABLE | KARAS BRIAN W | 12/28/2006 |
| 2006-M1-202769 | CREDIGY RECEIVABLE | ANTO AWOTIWAG OSEI | 12/28/2006 |
| 2006-M1-202771 | CREDIGY RECEIVABLE | JOHNSON DARNELL M | 12/28/2006 |
| 2006-M1-202780 | CREDIGY RECEIVABLE | ANTHONY CLARK W | 12/28/2006 |
| 2006-M1-202781 | CREDIGY RECEIVABLE | ARREOLA JUAN C | 12/28/2006 |
| 2006-M1-202782 | CREDIGY RECEIVABLE | LYONS DWANNA K | 12/28/2006 |
| 2006-M1-202784 | CREDIGY RECEIVABLE | STEELE ANTOINETTE | 12/28/2006 |
| 2006-M1-202785 | CREDIGY RECEIVABLE | ARROYO CARLOS | 12/28/2006 |
| 2006-M1-202786 | CREDIGY RECEIVABLE | DELEON ROSE M | 12/28/2006 |
| 2006-M1-202787 | CREDIGY RECEIVABLE | HAYES LELA M | 12/28/2006 |
| 2006-M1-202789 | CREDIGY RECEIVABLE | VYFHUIS KIMBERLEY | 12/28/2006 |
| 2006-M1-202790 | CREDIGY RECEIVABLE | HAWKINS LAWAMDA | 12/28/2006 |
| 2006-M1-202793 | CREDIGY RECEIVABLE | HUTCHIESON NIKITA | 12/28/2006 |
| 2006-M1-202797 | CREDIGY RECEIVABLE | RUSSELL LUTHER | 12/28/2006 |

| 2006-M1-202802 | CREDIGY RECEIVABLE | ROMERO JOSE A | 12/28/2006 |
| 2006-M1-202811 | CREDIGY RECEIVABLE | MARKS BARBARA A | 12/28/2006 |
| 2006-M1-202821 | CREDIGY RECEIVABLE | NAVARRO DELILAH | 12/28/2006 |
| 2006-M1-202832 | CREDIGY RECEIVABLE | HANCOCK CHARLEEN H | 12/28/2006 |
| 2006-M1-202834 | CREDIGY RECEIVABLE | WYATT ANDREW R | 12/28/2006 |
| 2006-M1-201605 | CREDIGY RECEIVABLE | NATHANIEL EVANGELI | 12/27/2006 |
| 2006-M1-201607 | CREDIGY RECEIVABLE | SARANTOPOULOS MARY | 12/27/2006 |
| 2006-M1-201608 | CREDIGY RECEIVABLE | SIMS RUEBEN A | 12/27/2006 |
| 2006-M1-201609 | CREDIGY RECEIVABLE | HANEY JEFFREY MICH | 12/27/2006 |
| 2006-M1-201610 | CREDIGY RECEIVABLE | GAINES DESTINY | 12/27/2006 |
| 2006-M1-201611 | CREDIGY RECEIVABLE | JOHNSON LARTISHA | 12/27/2006 |
| 2006-M1-201615 | CREDIGY RECEIVABLE | HATCHETT IVAN S | 12/27/2006 |
| 2006-M1-201618 | CREDIGY RECEIVABLE | VARGAS LUIS A | 12/27/2006 |
| 2006-M1-201619 | CREDIGY RECEIVABLE | RODRIGUEZ MANGLORI | 12/27/2006 |
| 2006-M1-201620 | CREDIGY RECEIVABLE | KIM KEUM | 12/27/2006 |
| 2006-M1-201621 | CREDIGY RECEIVABLE | MOHAMMED HIND M | 12/27/2006 |
| 2006-M1-201622 | CREDIGY RECEIVABLE | HARRIS CRESHAT L | 12/27/2006 |
| 2006-M1-201623 | CREDIGY RECEIVABLE | HUSSAIN PARVEZ | 12/27/2006 |
| 2006-M1-201624 | CREDIGY RECEIVABLE | MCCORMICK FLOYD B | 12/27/2006 |
| 2006-M1-201625 | CREDIGY RECEIVABLE | NOCCHI DANIEL A | 12/27/2006 |
| 2006-M1-201626 | CREDIGY RECEIVABLE | AVRAM ANA | 12/27/2006 |
| 2006-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 201627 | RECEIVABLE | DAILEY HORTENCIA | 12/27/2006 |
| 2006-M1-201629 | CREDIGY RECEIVABLE | SCHOTT JASON R | 12/27/2006 |
| 2006-M1-201630 | CREDIGY RECEIVABLE | ROBERTSON ESSIE L | 12/27/2006 |
| 2006-M1-201631 | CREDIGY RECEIVABLE | WILLIAMS TYLER | 12/27/2006 |
| 2006-M1-201632 | CREDIGY RECEIVABLE | TORRES MARILYN | 12/27/2006 |
| 2006-M1-201633 | CREDIGY RECEIVABLE | PIRAINO PATRICIA | 12/27/2006 |
| 2006-M1-201636 | CREDIGY RECEIVABLE | RIOS LUIS | 12/27/2006 |
| 2006-M1-201642 | CREDIGY RECEIVABLE | ALMARAZ JICELA | 12/27/2006 |
| 2006-M1-201155 | CREDIGY RECEIVABLE | KELLER BRADLEY A | 12/26/2006 |
| 2006-M1-201159 | CREDIGY RECEIVABLE | RAKIS CHARLES | 12/26/2006 |
| 2006-M1-201162 | CREDIGY RECEIVABLE | HARVEY JAYSON | 12/26/2006 |
| 2006-M1-201163 | CREDIGY RECEIVABLE | ARREOLA VERONICA | 12/26/2006 |
| 2006-M1-201164 | CREDIGY RECEIVABLE | ABOASAF ASAD A | 12/26/2006 |
| 2006-M1-201166 | CREDIGY RECEIVABLE | HOWARD LAUREN | 12/26/2006 |
| 2006-M1-201172 | CREDIGY RECEIVABLE | VAZQUEZ JAVIER | 12/26/2006 |
| 2006-M1-201173 | CREDIGY RECEIVABLE | MORALES JERRY | 12/26/2006 |
| 2006-M1-201180 | CREDIGY RECEIVABLE | TREVINO LYDIA | 12/26/2006 |
| 2006-M1-201181 | CREDIGY RECEIVABLE | HARTWICK JAMES L | 12/26/2006 |
| 2006-M1-201184 | CREDIGY RECEIVABLE | TAYLOR ANNIE ROSE | 12/26/2006 |
| 2006-M1-201476 | CREDIGY RECEIVABLE | SMOLENS MARK F | 12/26/2006 |
| 2006-M1-201483 | CREDIGY RECEIVABLE | CAMPBELL TYESHA D | 12/26/2006 |
| 2006-M1-201484 | CREDIGY RECEIVABLE | PURNELL SHEILA D | 12/26/2006 |

| 2006-M1-201485 | CREDIGY RECEIVABLE | CASTRO ZOILA A | 12/26/2006 |
| 2006-M1-201486 | CREDIGY RECEIVABLE | UCHECHUKWU WILSON | 12/26/2006 |
| 2006-M1-201487 | CREDIGY RECEIVABLE | LAWAL SIKIRU A | 12/26/2006 |
| 2006-M1-201488 | CREDIGY RECEIVABLE | HALVEY EDWARD J | 12/26/2006 |
| 2006-M1-201490 | CREDIGY RECEIVABLE | RAMI KETAN | 12/26/2006 |
| 2006-M1-201497 | CREDIGY RECEIVABLE | SUMMERS ADRIANA | 12/26/2006 |
| 2006-M1-201522 | CREDIGY RECEIVABLE | ALEXANDER ALGENOY | 12/26/2006 |
| 2006-M1-201523 | CREDIGY RECEIVABLE | KING SHEILA R | 12/26/2006 |
| 2006-M1-201524 | CREDIGY RECEIVABLE | PENA OCTAVIO | 12/26/2006 |
| 2006-M1-201525 | CREDIGY RECEIVABLE | WILLIAMSON ANGEL L | 12/26/2006 |
| 2006-M1-201526 | CREDIGY RECEIVABLE | MISTER LAMAR M | 12/26/2006 |
| 2006-M1-201527 | CREDIGY RECEIVABLE | WOODBURY SHANNON | 12/26/2006 |
| 2006-M1-201529 | CREDIGY RECEIVABLE | SOLOMON MARY C | 12/26/2006 |
| 2006-M1-201530 | CREDIGY RECEIVABLE | RUSSELL ROBERT A | 12/26/2006 |
| 2006-M1-201531 | CREDIGY RECEIVABLE | FOROWE OLAITAN O | 12/26/2006 |
| 2006-M1-201539 | CREDIGY RECEIVABLE | YOUNG ANTIONE L | 12/26/2006 |
| 2006-M1-201547 | CREDIGY RECEIVABLE | ALSABBAH SABBAN F | 12/26/2006 |
| 2006-M1-201553 | CREDIGY RECEIVABLE | SIMMONS MICHELLE N | 12/26/2006 |
| 2006-M1-201554 | CREDIGY RECEIVABLE | PETERSON SARAH | 12/26/2006 |
| 2006-M1-201555 | CREDIGY RECEIVABLE | CAPRERA VANESSA | 12/26/2006 |
| 2006-M1-201556 | CREDIGY RECEIVABLE | KILAVOS LYNAE K | 12/26/2006 |
| 2006-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 201557 | RECEIVABLE | MARRILL AHMAIL M | 12/26/2006 |
| 2006-M1-201558 | CREDIGY RECEIVABLE | TILLMAN ANGELA | 12/26/2006 |
| 2006-M1-201559 | CREDIGY RECEIVABLE | ZERVAS THEODOROS D | 12/26/2006 |
| 2006-M1-201560 | CREDIGY RECEIVABLE | TATUM YVONNE | 12/26/2006 |
| 2006-M1-201561 | CREDIGY RECEIVABLE | DONALDSON VIRGEL | 12/26/2006 |
| 2006-M1-189594 | CREDIGY RECEIVABLE | KING ALAN S | 11/15/2006 |
| 2006-M1-189595 | CREDIGY RECEIVABLE | SIMPSON THOMAS R | 11/15/2006 |
| 2006-M1-189596 | CREDIGY RECEIVABLE | CUNNINGHAM ELIZA | 11/15/2006 |
| 2006-M1-189597 | CREDIGY RECEIVABLE | BROWN RAMONE | 11/15/2006 |
| 2006-M1-189599 | CREDIGY RECEIVABLE | EASON FRANK C | 11/15/2006 |
| 2006-M1-189600 | CREDIGY RECEIVABLE | MCGHEE MARK | 11/15/2006 |
| 2006-M1-189601 | CREDIGY RECEIVABLE | RIVERA ROBERTO E | 11/15/2006 |
| 2006-M1-184203 | CREDIGY RECEIVABLE | WOODS KATIFIA S | 10/27/2006 |
| 2006-M1-184221 | CREDIGY RECEIVABLE | VILLANUEVA ANTONIO | 10/27/2006 |
| 2006-M1-184226 | CREDIGY RECEIVABLE | WARNER JERRY | 10/27/2006 |
| 2006-M1-184237 | CREDIGY RECEIVABLE | ATTIA EATEMAD | 10/27/2006 |
| 2006-M1-184239 | CREDIGY RECEIVABLE | AMADIO EDWARD J SR | 10/27/2006 |
| 2006-M1-184264 | CREDIGY RECEIVABLE | TROTTER JESSYE | 10/27/2006 |
| 2006-M1-184278 | CREDIGY RECEIVABLE | TIGGS ELIZABETH | 10/27/2006 |
| 2006-M1-184279 | CREDIGY RECEIVABLE | JOHNSON TENECA SHE | 10/27/2006 |
| 2006-M1-184280 | CREDIGY RECEIVABLE | BUENO JOSEFINA | 10/27/2006 |
| 2006-M1-184284 | CREDIGY RECEIVABLE | BROWN CHATYL L | 10/27/2006 |

| 2006-M1-184285 | CREDIGY RECEIVABLE | KAVY VERONICA K | 10/27/2006 |
| 2006-M1-184292 | CREDIGY RECEIVABLE | BROWN DEBRA T | 10/27/2006 |
| 2006-M1-184299 | CREDIGY RECEIVABLE | ESPARZA DANIEL F | 10/27/2006 |
| 2006-M1-184302 | CREDIGY RECEIVABLE | DOUGLAS ROSETTA M | 10/27/2006 |
| 2006-M1-184305 | CREDIGY RECEIVABLE | COMENDADOR CENON G | 10/27/2006 |
| 2006-M1-184307 | CREDIGY RECEIVABLE | CAGADAS EMERSON T | 10/27/2006 |
| 2006-M1-184308 | CREDIGY RECEIVABLE | LEWIS MONICA DENIS | 10/27/2006 |
| 2006-M1-184310 | CREDIGY RECEIVABLE | LABADI HAITHAM A | 10/27/2006 |
| 2006-M1-184311 | CREDIGY RECEIVABLE | LOPEZ LUIS E | 10/27/2006 |
| 2006-M1-184312 | CREDIGY RECEIVABLE | KARLOS KONSTANTINO | 10/27/2006 |
| 2006-M1-184314 | CREDIGY RECEIVABLE | HUNHOFF KAREN M | 10/27/2006 |
| 2006-M1-184318 | CREDIGY RECEIVABLE | GARNIER CHRISTELE | 10/27/2006 |
| 2006-M1-184332 | CREDIGY RECEIVABLE | GAMINO SANDRA A | 10/27/2006 |
| 2006-M1-184360 | CREDIGY RECEIVABLE | MCDOWELL STEVEN R | 10/27/2006 |
| 2006-M1-184401 | CREDIGY RECEIVABAL | IRVING DUSTY M | 10/27/2006 |
| 2006-M1-184402 | CREDIGY RECEIVABLE | MARIANO JOSEFITA | 10/27/2006 |
| 2006-M1-184403 | CREDIGY RECEIVABLE | MEACHUM ERIC M | 10/27/2006 |
| 2006-M1-184404 | CREDIGY RECEIVABLE | SMITH QUIDA M | 10/27/2006 |
| 2006-M1-184405 | CREDIGY RECEIVABLE | RICK SENTWALI | 10/27/2006 |
| 2006-M1-184407 | CREDIGY RECEIVABLE | RADZIEWICZ MARY B | 10/27/2006 |
| 2006-M1-184413 | CREDIGY RECEIVABLE | PSARROS NICK | 10/27/2006 |
| 2006-M1- | CREDIGY | | |

| | | | |
|---|---|---|---|
| 184419 | RECEIVABLE | PEREZ MARIA L | 10/27/2006 |
| 2006-M1-184420 | CREDIGY RECEIVABLE | SALAS JOSE M | 10/27/2006 |
| 2006-M1-184421 | CREDIGY RECEIVABLE | SMITH TROY | 10/27/2006 |
| 2006-M1-184422 | CREDIGY RECEIVABLE | SMITH JEROME E | 10/27/2006 |
| 2006-M1-184423 | CREDIGY RECEIVABLE | STREET GREGORY | 10/27/2006 |
| 2006-M1-159542 | CREDIGY RECEIVABLE | SULLIVN DONALD | 08/03/2006 |
| 2006-M1-159565 | CREDIGY RECEIVABLE | CROSBY HELEN J | 08/03/2006 |
| 2006-M1-159566 | CREDIGY RECEIVABLE | SZPAK MICHELE | 08/03/2006 |
| 2006-M1-159572 | CREDIGY RECEIVABLE | BARNES ARTHUR B | 08/03/2006 |
| 2006-M1-159585 | CREDIGY RECEIVABLE | PAYNE MARVIN E | 08/03/2006 |
| 2006-M1-159596 | CREDIGY RECEIVABLE | SOPHER JOHN E | 08/03/2006 |
| 2006-M1-159597 | CREDIGY RECEIVABLE | WADE DARTANYAN | 08/03/2006 |
| 2005-M1-159970 | CREDIGY RECEIVABLE | PATTERSON PRINCECO | 08/29/2005 |
| 2005-M1-159971 | CREDIGY RECEIVABLE | HUBBLE JOSH M | 08/29/2005 |
| 2005-M1-159974 | CREDIGY RECEIVABLE | SZYDLOWSKI GRZEGOR | 08/29/2005 |
| 2005-M1-159975 | CREDIGY RECEIVABLE | FONGYEE LEEROY A | 08/29/2005 |
| 2005-M1-158590 | CREDIGY RECEIVABLE | HOLMES RUTH | 08/21/2005 |
| 2005-M1-158592 | CREDIGY RECEIVABLE | SCHILLER NANCY M | 08/21/2005 |
| 2005-M1-158593 | CREDIGY RECEIVABLE | POWELL SANDRA J | 08/21/2005 |
| 2005-M1-158594 | CREDIGY RECEIVABLE | LUMPKIN ROSE P | 08/21/2005 |
| 2005-M1-158595 | CREDIGY RECEIVABLE | POMONIS DAVID G | 08/21/2005 |
| 2005-M1-158597 | CREDIGY RECEIVABLE | JAUREGVI JUAN | 08/21/2005 |