**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAMI F. DUHADWAY, | ) | |
| individually and on behalf of a class | ) | 08-cv-852 |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | Magistrate Judge Schenkier |
| v. | ) | |
| | ) | |
| CREDIGY RECEIVABLES, INC.; | ) | |
| CREDIGY SERVICES CORP.; | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   See Attached Service List

Please take notice that on April 8, 2007 at 9:30 am, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Hibbler in Courtroom 1225 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which is attached hereto and herewith served upon you.

s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on March 31, 2008, the foregoing document was filed electronically. A copy of the foregoing document was sent via U.S. Mail to a process server for delivery on the following individuals:


**Credigy Receivables, Inc.**
c/o Registered Agent
Registered Agents Legal Services
202 N. Curry St., Suite 100
Carson City, NV 89703

**Credigy Services Corp.**
c/o Registered Agent
Registered Agent, Ltd.
1201 W. Peachtree St., Suite 3500
Atlanta, GA 30309


                                                          s/ Daniel A. Edelman
                                                          Daniel A. Edelman