# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| MAMI F. DUHADWAY, individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP;<br><br>Defendants. | Case No 08-C-852<br><br>Judge Hibbler<br><br>Magistrate Judge Schenkier |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP

| |
|---|
| NAME: Jennifer W. Weller |
| SIGNATURE: s/ *Jennifer W. Weller* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270826 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

6303612v1 NEWFILE

## **CERTIFICATE OF SERVICE**

 I hereby certify that on **April 3, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>jweller@hinshawlaw.com<br>Firm's #90384 | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

6303612v1 NEWFILE