UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAMI F. DUHADWAY, individually and on behalf of a class, | ) ) | |
| | ) | Case No. 08-C-852 |
| Plaintiff, | ) ) | |
| | ) | Judge Hibbler |
| v. | ) ) | Magistrate Judge Schenkier |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP; | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Defendants, CREDIGY RECEIVABLES, INC. AND CREDIGY SERVICES CORP, by and through its attorneys, David M. Schultz and Jennifer W. Weller, and pursuant to Local Rule 6.1, herein moves this Honorable Court for an enlargement of time in which to respond to the Plaintiff's complaint.  In support thereof, Defendants state as follows:

1.      Plaintiff's complaint was filed on February 8, 2008.  Defendants have not been served but have agreed to voluntarily appear.

2.      Defense counsel was recently retained and needs additional time to collect the necessary information to respond to the complaint.  Defense counsel contacted Plaintiff's counsel to secure Plaintiff's position with respect to an extension until April 24, 2008 for Defendants to file a responsive pleading to the complaint and Plaintiff does not object to the extension.

3.      Defendants' request an initial extension of time by which Defendants shall respond to the Plaintiff's complaint, to and including April 24, 2008.  This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

WHEREFORE, the Defendants, CREDIGY RECEIVABLES, INC. AND CREDIGY SERVICES CORP, moves this Honorable Court of an extension to and including April 24, 2008 in which to file a responsive pleading to Plaintiff's complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile

s/ *Jennifer W. Weller*
Jennifer W. Weller

6303618v1 NEWFILE