IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAMI F. DUHADWAY, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) Case No. 08-C-852 |
| v. | ) ) Judge Hibbler |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP; | ) ) Magistrate Judge Schenkier ) ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   Cathleen M. Combs           Daniel A. Edelman
      ccombs@edcombs.com          dedelman@edcombs.com

      Tiffany Nicole Hardy        James O. Latturner
      thardy@edcombs.com          jlatturner@edcombs.com

**PLEASE TAKE NOTICE** that on **April 10, 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge William J. Hibbler or any Judge sitting in his/her stead in Courtroom 1225, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                                HINSHAW & CULBERTSON LLP

David M. Schultz                                /s/ Jennifer W. Weller
Jennifer W. Weller                              Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

6303683v1 NEWFILE

## CERTIFICATE OF SERVICE

      I hereby certify that on **April 3, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                                   HINSHAW & CULBERTSON LLP

David M. Schultz                                        s/ *Jennifer W. Weller*
Jennifer W. Weller                                     Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384