**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MAMI F. DUHADWAY, | ) | |
| individually and on behalf of a class | ) | 08-C-852 |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | Magistrate Judge Schenkier |
| v. | ) | |
| | ) | |
| CREDIGY RECEIVABLES, INC.; | ) | |
| CREDIGY SERVICES CORP.; | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**STIPULATION**

Defendants Credigy Receivables, Inc. and Credigy Services Corp. stipulate that they will not make any offer or tender with respect to Plaintiff's individual claims pursuant to Rule 68 or otherwise prior to the refiling of Plaintiff's class certification motion. Nothing in this stipulation precludes Defendants from making a Rule 68 offer of judgment on a class basis. In consideration of the foregoing, Plaintiff stipulates to withdraw her pending motion for class certification without prejudice.

Respectfully Submitted,

| | |
|---|---|
| **MAMI F. DUHADWAY** | **CREDIGY RECEIVABLES, INC.** <br> **CREDIGY SERVICES CORP.** |
| By: s/ Tiffany N. Hardy <br> One of Her Attorneys | By: s/ Jennifer W. Weller <br> One of Their Attorneys |
| Daniel A. Edelman <br> Cathleen M. Combs <br> James O. Latturner <br> Tiffany N. Hardy <br> EDELMAN, COMBS, LATTURNER & <br>   GOODWIN, LLC <br> 120 S. LaSalle St., 18th Floor | David M. Schultz <br> Jennifer W. Weller <br> HINSHAW & CULBERTSON, LLP <br> 222 N. LaSalle St., Suite 300 <br> Chicago, IL 60601 <br> (312) 704-3000 <br> (312) 704-3001 (fax) |

Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (fax)

## **CERTIFICATE OF SERVICE**

   I, Tiffany N. Hardy, hereby certify that on April 7, 2008 the foregoing document was filed electronically. A copy of the foregoing document was served via the Court's ECF system on the following individuals:

David M. Schultz
dchultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

                    s/ Tiffany N. Hardy
                    Tiffany N. Hardy