AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mami F. DuHadway,
Individually and on behalf of a class,
   Plaintiff,

        V.

Credigy Receivables, Inc.,
Credigy Services Corp.,
   Defendants.

CASE NUMBER: **08 C 852**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Credigy Services Corp.
c/o Registered Agent
Registered Agent, Ltd.
1201 W. Peachtree St., Suite 3500
Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**February 8, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/4 |
| NAME OF SERVER (PRINT) Thomas Sleep | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Credigy Services Corp c/o Robert Cook, Reg Agent, by handing to Trina Green, admin assistant to Robert Cook, Reg Agent. Womble, Carlyle, Sandridge, 1201 W. Peachtree St. Ste. 3500, Atlanta GA 30309

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/08
Date

Signature of Server

DLS 1425 Benteen Ave SE
Address of Server
Atlanta, GA 30315

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.