UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAMI F. DUHADWAY, individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> CREDIGY RECEIVABLES, INC.; <br> CREDIGY SERVICES CORP; <br><br> Defendants. | Case No. 08-C-852 <br><br> Judge Hibbler <br><br> Magistrate Judge Schenkier |

**MOTION FOR SECOND ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Defendants, CREDIGY RECEIVABLES, INC. AND CREDIGY SERVICES CORP, by and through their attorneys, David M. Schultz and Jennifer W. Weller, and pursuant to Local Rule 6.1, herein move this Honorable Court for a second enlargement of time in which to respond to the Plaintiff's complaint. In support thereof, Defendants state as follows:

1. Defendants were to file a responsive pleading to Plaintiff's complaint by April 24, 2008.

2. The parties have been engaged in settlement discussions involving this case and another case pending in the Northern District of Illinois.

3. Defendants request an additional extension of time to determine whether the parties will be able to resolve this action.

4. Counsel for Defendants has discussed the additional time with counsel for Plaintiff and Plaintiff's counsel has no objection to the extension.

5. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

6303618v2 887518

WHEREFORE, the Defendants, CREDIGY RECEIVABLES, INC. AND CREDIGY SERVICES CORP, move this Honorable Court of an extension to and including May 15, 2008 in which to file a responsive pleading to Plaintiff's complaint.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile

s/ *Jennifer W. Weller*
Jennifer W. Weller

2

6303618v2 887518