IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAMI F. DUHADWAY, individually and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | )   Case No. 08-C-852<br>) |
| v. | )   Judge Hibbler<br>) |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP; | )   Magistrate Judge Schenkier<br>)<br>) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   Cathleen M. Combs          Daniel A. Edelman
      ccombs@edcombs.com         dedelman@edcombs.com

      Tiffany Nicole Hardy       James O. Latturner
      thardy@edcombs.com         jlatturner@edcombs.com

**PLEASE TAKE NOTICE** that on **April 29, 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge William J. Hibbler or any Judge sitting in his/her stead in Courtroom 1225, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR SECOND ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is served upon you.

                                          HINSHAW & CULBERTSON LLP

David M. Schultz                          s/ *Jennifer W. Weller*
Jennifer W. Weller                        Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6311072v1 887518

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **April 23, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and MOTION FOR SECOND ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                        HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

2