## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Mami F Duhadway

                    Plaintiff,

v.                                         Case No.: 1:08−cv−00852
                                                     Honorable William J. Hibbler

Credigy Receivables Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Defendants' Motion for second enlargement of time to answer or otherwise plead [19] to plaintiff's complaint until 5/15/2008 is granted. No appearance is necessary on 4/29/2008. Status hearing set for 5/13/2008 at 9:30 a.m. and all other set dates to stand. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.