**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MAMI F. DUHADWAY, | ) | |
| individually and on behalf of a class | ) | 08-C-852 |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | Magistrate Judge Schenkier |
| v. | ) | |
| | ) | |
| CREDIGY RECEIVABLES, INC.; | ) | |
| CREDIGY SERVICES CORP.; | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   (See attached service list.)

      **PLEASE TAKE NOTICE** that on September 9, 2008, at 9:30 a.m., we will appear before Honorable Judge William J. Hibbler in room 1225 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT**, a copy of which is served upon you.

                                        s/Francis R. Greene
                                        Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Francis R. Greene, hereby certify that on September 2, 2008, I caused to be filed the foregoing documents via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com
courtfiling@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

               s/Francis R. Greene
               Francis R. Greene