

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 852 | **DATE** | 9/9/2008 |
| **CASE TITLE** | DUHADWAY, etc. Vs. CREDIGY RECEIVABLES, INC., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Joint motion for preliminary approval of class settlement agreement is granted. Fairness hearing set for 12/16/08 at 9:30 a.m. Enter Preliminary Approval Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:09

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|

2008 SEP -9 PM 1:13

08C852 DUHADWAY, etc. Vs. CREDIGY RECEIVABLES, INC., et al.  Page 1 of 1