

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MAMI F. DUHADWAY, individually and on behalf of a class | ) ) 08-C-852 ) |
| Plaintiff, | ) Judge Hibbler ) Magistrate Judge Schenkier |
| v. | ) ) |
| CREDIGY RECEIVABLES, INC.; CREDIGY SERVICES CORP.; | ) ) ) |
| Defendants. | ) |

### PRELIMINARY APPROVAL ORDER

This matter coming before the Court on the parties' motion for preliminary approval of a Class Settlement Agreement ("Agreement") between Plaintiff, Mami F. DuHadway, ("Plaintiff") and Defendants, Credigy Receivables, Inc. ("CRI"), Credigy Services Corp. ("CSC") (collectively the "Defendants") and notice to the class, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. The Court finds that the proposed Settlement and Release, the terms of which are fully set forth in the Agreement, as within the range of fairness and reasonableness and grants preliminary approval to it.

2. For the purposes of settlement, the parties stipulate to the certification of the class defined as follows:

(a) all persons (b) in Illinois ( c) with respect to whom defendants, or any of them, have reported to a consumer reporting agency that a dispute has been resolved, (d) where the debtor has not acknowledged in writing the largest amount claimed by defendants or paid the largest amount claimed by defendants, (e) and such a report has been made during a period beginning February 8, 2007 and ending February 28, 2008.

The class described above includes approximately 538 persons. Edelman, Combs, Latturner, & Goodwin, LLC is appointed as Class Counsel.

3. A hearing on the fairness and reasonableness of the Agreement and whether the final approval shall be given to it and the requests for fees and expenses by counsel for the class will be held before this Court on (*at least 90 days from the entry of this order*) at 12-16-08 9:30 a.m./p.m.

4. The Court approves a proposed form of notice to the class, to be directed to the last known address of the class numbers as shown on Defendants' records. Defendants will cause notice to be mailed to class members on or before 9/30 2008 (*21 days from the entry of this Order*). Defendants will have the notice sent by any form of U.S. Mail. Defendants will also bear the cost of distribution of the settlement checks.

5. The Court finds that mailing of class notice is the only notice required and that such notice satisfies the requirements of due process and Fed.R.Civ.P.23(c)(2)(B).

6. Class members shall have until 12/1, 2008 (*60 days from initial mailing*) to opt out of object to the proposed settlement. Any class members desiring to exclude themselves from the action must file their request for exclusion with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division and serve copies of the request on counsel for both Plaintiff and Defendants by that date. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division and serve copies of the objection on counsel for both Plaintiff and Defendants by that date. Any objection must include the name and number of the case

and a statement of the reason why the objector believes that the Court should find that proposed settlement is not in the best interests of the class. Objectors who have filed written objections to the settlement may also appear at the hearing and be heard on the fairness of a settlement.

7. In order to receive a portion of the cash payment under the settlement, the class members must complete and return a claim form by __12/1__, 2008 (60 days *after initial mailing*). The claim form will be sent with the class notice.

ENTERED:

_Wm. J. Hibbler_

The Honorable William J. Hibbler

DATE: __9/9/08__